1 | TRACY L. WILKISON
Acting United States Attorney
2 | BRANDON D. FOX
Assistant United States Attorney
3 | Chief, Criminal Division
JASON C. PANG (Cal. Bar No. 296043)
4 | Assistant United States Attorney
International Narcotics,
5 |  Money Laundering, & Racketeering Section
    1400 United States Courthouse
6 |     312 North Spring Street
    Los Angeles, California 90012
7 |     Telephone: (213) 894-2652
    Facsimile: (213) 894-0141
8 |     E-mail:   Jason.Pang@usdoj.gov

9 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00008-CJC |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| HUGO SERGIO MEJIA, | |
| Defendant. | |

Plaintiff United States of America, hereby advises the Court that the above-captioned case has been assigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | Name | E-Mail Address |
|---|---|---|
| Previously Assigned AUSA | Puneet V. Kakkar | puneet.kakkar@usdoj.gov |
| Newly Assigned AUSA | Jason C. Pang | Jason.Pang@usdoj.gov |

    Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and receives all e-mails relating to filings in this case, and that the previously assigned AUSA is removed from the docket.

| | |
|---|---|
| Dated: February 2, 2021 | Respectfully submitted, |
| | TRACY L. WILKISON<br>Acting United States Attorney |
| | BRANDON D. FOX<br>Assistant United States Attorney<br>Chief, Criminal Division |
| |     */s/ Jason C. Pang*<br>JASON C. PANG<br>Assistant United States Attorney |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |