Summons (Rev. 03/18)

# UNITED STATES DISTRICT COURT

## FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
02/08/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> HUGO SERGIO MEJIA ) <br> ) <br> ) | Case No. 8:21-cr-00008-CJC <br><br> **AMENDED SUMMONS TO APPEAR** |

**TO:** HUGO SERGIO MEJIA
c/o Michael M. Crain, Esq.
P.O. Box 3730
Santa Monica, CA 90408

You are hereby summoned to appear before the United States District Court for the Central District of California at the **Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, CA 90012-3332, in Courtroom 880**, before the Duty Magistrate in the city of Los Angeles on the 20th day of May, 2021, at 1:00 p.m. to answer to an Information (attached hereto) charging you with

SEE ATTACHED.

Dated:   February 2, 2021

CLERK U.S. DISTRICT COURT

By   D. Velazquez
     Deputy Clerk

**RETURN**

This amended summon was received by me at  1:00 pm  on  2/5/21

_____
Hugo Sergio Mejia
Defendant

Note:   IF YOU HAVE NOT RETAINED AN ATTORNEY, PLEASE CONTACT THE FEDERAL PUBLIC DEFENDER'S OFFICE AT (213) 894-2854.