FILED
CLERK, U.S. DISTRICT COURT

MAY 20 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>Hugo Sergio Mejia<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR No.  8:21-00008-<br><br><br>**WAIVER OF INDICTMENT** |

I, _Hugo Sergio Mejia_____ , the above-named defendant,

who is accused of _Operating an unlicensed money transmitting business. Laundering monetary instruments.----_ , in

violation of _18 U.S.C. 1960(a),(b)(1)(B):   18 U.S.C. 1956(a)(3)(b):   18 U.S.C. 982:  28 U.S.C. 2461(c):_____ , being

advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on

_05/20/2021--- and  Criminal forfeiture___ , prosecution by indictment and consent that the proceedings may be by

information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

If defendant is not an English speaker, include the following:

I, _____ , am fluent in written and spoken English and _____

languages.  I accurately translated this Waiver of Indictment from English into _____

to defendant _____ , on this date.

Date: _____5/20/21_____

_____
Interpreter

Before _____
Judicial Officer  MAA

---

**WAIVER OF INDICTMENT**

CR-57 (05/08) [AO 455 Rev. 5/85]                                                                                      Page 1 of 1