# *United States Probation & Pretrial Services*

United States District Court
Central District of California





**Kiry K. Gray**
District Court Executive / Clerk of Court

**Jeffrey Thomason**
Acting Chief Probation & Pretrial
Services Officer

**PACTS No.:** 7325071

### Passport Receipt

**Defendant Name**:  MEJIA, Hugo Sergio

**Name on passport, if different:**  same

**Country of Origin:**  California, USA

**Date passport issued:**  July 17, 2013

**Expiration date of passport:**  July 16, 2023

**Ordered by court in the** Central District of California

**Docket Number:**  0973  8:21CR00008-1

U.S. Probation & Pretrial Services
enter text.

enter text.

---

Hugo Sergio Mejia
**Surrendered By**

May 21, 2021
**Date**

---

Ncholas Walker, USPPSO
**Received By**

May 21, 2021
**Date**

---

Returned To

Date

---

Surrendered By

Date

Purpose Returned

Address (if mailed)