# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. SACR 21-00008-CJC | Date July 1, 2021 |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Interpreter   None

| Karlen Dubon | Debbie Hino-Spaan | Jason Pang |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Hugo Sergio Mejia | | X | X | Michael Crain, CJA | | X | X |

**PROCEEDINGS:   CHANGE OF PLEA**

X   Defendant moves to change plea to the **Information**.   The plea agreement is incorporated herein by reference.

X   Defendant enters new and different plea of GUILTY to Counts 1 and 2 **of the Information.**

X   Defendant sworn and the Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made.   The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and preparation of the pre-sentence report and the matter is continued to **October 19, 2021 at 11:00 a.m.** for sentencing.

X   **The Court further ORDERS position paper with respect to sentencing shall be filed not later than two (2) weeks prior to sentencing.**

X   Other: The Court vacates the pretrial conference date of June 28, 2021 and the trial date of July 13, 2021 **as to this defendant only.   Defendant remains on bond under same terms and conditions.**

00 : 41

Initials of Deputy Clerk   kdu

**cc: USPO**