TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JASON C. PANG (Cal. Bar No. 296043)
Assistant United States Attorney
International Narcotics,
 Money Laundering, & Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2652
     Facsimile: (213) 894-0141
     E-mail:    Jason.Pang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00008-CJC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING |
| HUGO SERGIO MEJIA, | **Current Sentencing Date:** October 19, 2021 |
| Defendant. | **Current Sentencing Time:** 11:00 a.m. |
| | **Proposed Sentencing Date:** November 16, 2021 |
| | **Proposed Sentencing Time:** 11:00 a.m. |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff UNITED STATES OF AMERICA, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Jason C. Pang, and defendant HUGO SERGIO MEJIA ("defendant"), by and through his counsel of record,

Michael M. Crain, that the sentencing hearing in this matter be continued to November 16, 2021.

The requested continuance will not prejudice the defendant.

Dated: September 24, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____/s/ *Jason C. Pang*_____
JASON C. PANG
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated:   September 24, 2021

(via email authorization)
MICHAEL M. CRAIN

Counsel for Defendant
HUGO SERGIO MEJIA

2