```
1  TRACY L. WILKISON
   Acting United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   JASON C. PANG (Cal. Bar No. 296043)
4  Assistant United States Attorney
   International Narcotics,
5   Money Laundering, & Racketeering Section
        1400 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-2652
        Facsimile: (213) 894-0141
8       E-mail:    Jason.Pang@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00008-CJC |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO CONTINUE SETENENCING HEARING |
| HUGO SERGIO MEJIA, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing in this matter be continued from October 19, 2021, at 11:00 a.m., to November 16, 2021, at 11:00 a.m.

Dated: _____

HONORABLE CORMAC J. CARNEY
United States District Judge