UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SACR 21-00008-CJC |
|---|---|
| Plaintiff, | |
| v. | ORDER TO CONTINUE SENTENCING HEARING |
| HUGO SERGIO MEJIA, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing in this matter be continued from October 19, 2021, at 11:00 a.m., to **November 16, 2021, at 11:00 a.m.**

Dated: September 27, 2021

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

**CC: PSA**