Exhibit A



THOMAS HANSCOM, M.D.
ROBERT E. ENGSTROM, JR., M.D.
HAJIR DADGOSTAR, M.D., Ph.D.
AMIR H. GUERAMI, M.D.
CHRISTIAN SANFILIPPO, M.D.
STAVROS MOYSIDIS, M.D.

| Name | | Chart# | DOB | | Race | Ethnicity | Pref. Language |
|---|---|---|---|---|---|---|---|
| Mr. Hugo Mejia | | 31203 | 8/20/1971 (49 Years) | | White | | English |
| Gender | Date | Location | Refer Doctor | | PCP | | Insurance |
| Male | 7/14/2021 | Encino | Aung-Zaw Phoo, O.D. | | Ali Mohamed, MD | | BSAB BLUE SHIELD OF CA |

**Reason For Visit:** Follow Up - Vitreous Hemorrhage OU. Proliferative Diabetic Retinopathy OU.

**HPI:** CC: Blurred Vision OS. Since Last Visit: stable OS. Severity: moderate OS. Location: central vision OS. Duration of Problem: since last visit OS. Associated Symptoms: floaters OS. Quality: Spider webs OS. Since Last Visit: no changes noted OS. Pertinent Negatives: No Flashes, Eye Pain, Shadow, Curtain, or Veil. Screening for COVID-19: No Close Contact to Anyone with Known COVID-19. Screening for COVID-19: No Close Contact w/ Anyone Exhibiting Symptoms: Fever,Cough,Sneezing/Runny Nose or Muscle/Joint Pain. Screening for COVID-19: No Cough. Screening for COVID-19: No Fever. Screening for COVID-19: No Muscle/Joint Pain. Screening for COVID-19: No Recent High Risk Travel. Screening for COVID-19: No Shortness of Breath/Difficulty Breathing. Screening for COVID-19: No Sneezing/Runny Nose. HPI obtained by Hajir Dadgostar, MD, PhD

**Allergies:** NKDA.

**Smoking Status:** Never Smoker.

**Systemic Meds:** metformin. LIPITOR.

**VA OD:** Dcc20/30. PHNI.   **OS:** Dcc20/100+1. PHNI.

**IOP:** TP   **OD:** 14   **OS:** 15                                                                              11:32 AM

**OCT Macula: Findings OD:** Equivocal Retinal Thickening Consistent with Macular Edema. No Evidence of Subretinal Fluid. **Findings OS:** Equivocal Retinal Thickening Consistent with Macular Edema. No Evidence of Subretinal Fluid.

**Impression:**

**Primary:** Vitreous Hemorrhage OU. Proliferative Diabetic Retinopathy OU.

**Secondary:** Diabetic Macular Edema OU. Diabetes, Type II with Ocular Complications. Nuclear Sclerosis OU.

Specializing in Diabetic Retinopathy | Macular Degeneration | Retinal Detachment | Macular Surgery | Ophthalmic Oncology

☐  16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436  • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐  2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404  • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐  23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐  2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653

**Plan:**

**Discussion:** The absence of macula edema findings was communicated to provider. The level of diabetic retinopathy was communicated to provider. Vitreous Hemorrhage OU. Secondary to proliferative retinopathy.OS persistent dense VH but slowly improving.Patient instructed to sleep with head of bed elevated.Proliferative Diabetic Retinopathy OU. Extensive peripheral retinal nonperfusion in both eyes with scattered multifocal neovascularization clinically and angiographically.Recommend anti-VEGF Rx OU.Diabetic Macular Edema OU. Trace lipid/edema will also be addressed by anti-VEGF Rx.Edema essentially resolved at this point; continuing anti-VEGF Rx for retinopathy and residual exudates.Recommended Lucentis 0.3 injection OU.Will begin extending injection intervals gradually; f/u 6 weeks.Diabetes, Type II with Ocular Complications. Discussed with the patient the importance of good control of their blood sugar, blood pressure, cholesterol, diet, exercise, weight, and medication usage under the guidance of their diabetic doctor to prevent/halt diabetic retinopathy.Nuclear Sclerosis OU. Minimal cataract; continue monitoring with Dr. Phoo.

**Procedures:** Lucentis 0.3mg PFS #7 OD. Lucentis 0.3mg PFS #7 OS.

**Specialty Meds:**

- None

**Follow Up:** Dr. Dadgostar 6 Weeks - Intermediate Exam; Macular OCT OU. Lucentis 0.3mg PFS OU.

**Signed:** _____

Electronically signed by Hajir Dadgostar, MD, PhD

Specializing in Diabetic Retinopathy  |  Macular Degeneration  |  Retinal Detachment  |  Macular Surgery  |  Ophthalmic Oncology

☐  16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436 • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐  2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐  23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐  2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653

# Exhibit B

Carlos Morales, INC

NPI: 1023205390

10/18/2021

To whom it may concern,

This letter is to acknowledge sessions with Hugo Mejia focused on various issues regarding mental health including anxiety, in which he has had difficulty coping with in the past and present. His anxiety had increased to the point in which coping skills were ineffective and he needed the assistance of prescription medication to manage his symptoms effectively.

Sincerely,

Carlos Morales, LCSW

3200 E Guasti Rd. Suite 100
Ontario, CA 91761

Exhibit C

October 29, 2021

The Honorable Cormac J. Carney
United States District Court Judge

Your Honor,

I write this letter to you today to convey my acceptance of
responsibility for the wrong decisions I have made that have led me
to stand before you, and to express to you my intense remorse and
regret for my wrong decisions.

I'm haunted by the knowledge that my actions not only abdicated
my responsibility to obey the law, but my choices have also
negatively affected and hurt my loved ones deeply.

I intensely regret that my serious mistakes mean that I might now
not be available to help support my Mother at a time of her life that
she truly needs me, as well as my siblings and their children.  I will
never again take for granted the freedom to be there for my family
and friends.

I am aware that even though I am the only one who deserves to be
punished for my mistakes, they have also suffered because of my
actions, and will continue to suffer as well.  Despite this, I have
found such hope and encouragement in their continued love and
support in the past year, and the love and support of my friends as
well.  I am so grateful that my family and friends have found
forgiveness in their hearts for the way my mistakes have hurt them.
I could not have made it this far without them.

Since my arrest, therapy has helped me understand my wrongful
decisions.  As part of my pledge to move onward and upward as a
responsible member of society in every way for the remainder of my

life, I remain committed to personal therapy, which is helping me greatly to understand my past mistakes, to learn to think my actions through, to learn how to cope with my intense anxiety in healthier ways, and to create a better future.

I have plans to continue to better myself as I move forward, and this includes continuing to grow my business, and to help educate and assist people with the positive skills and knowledge I have acquired through the years. I also hope to marry my fiancé and create a whole and more fulfilling life. And as I described above, I remain committed to supporting my family members in every way.  I promise you that I will stay on this better road. I will spend the rest of my life working to improve myself, and you will never see me in your courtroom, or any courtroom, again, for the rest of my life.

Your Honor, I sincerely thank you for your time.

Hugo S. Mejia

Exhibit D

**Tony Sevilla**
**8702 Lofters Drive**
**Rosemead, CA 91770**

September 25, 2021

**Re: US v. Mejia**

Your Honor:

I work as a real estate broker and helping people to secure mortgage loans. Hugo is my cousin whom I have known for my entire life since he is six years older than me. Due to the age difference, we were not very close growing up. However, he has become like a brother to me, in many ways, since I've reached adulthood.

I always looked up to my older cousin at our family's gatherings throughout the years. We have a very close family and meet much more frequently than just Christmas and Thanksgiving. We do fun things together such as play friendly poker or other games bringing us all closer together. Much of that is thanks to Hugo who organizes and follows up with reminders to make sure everyone is coming. Hugo also thinks nothing of picking up out of town family from the airport and dropping them off regardless of the time. I've seen him leave at 10 pm and get up in the wee hours of the morning, without giving it a second thought.

Hugo helped me buy my first car. I had no idea what I was doing, and he shepherded me through the process. Hugo was working at a car dealership at the time and gave me tips on what to look out for, how to negotiate and helped me to avoid the pitfalls. He even went with me to pick up the car. I felt so proud to have a car of my own and have my older cousin there with me to share the moment.

Hugo is one of the most nurturing people I know. He cares about people and takes time to get to know them. He does not act in a superficial manner. I find it so hard to believe that he made this error in judgment. He has been a mentoring figure for me, helping to keep me on a straight and narrow path.

He has never had any problems before, and I can't imagine him ever having any problems again.

I know Hugo must face the consequences of his actions. That's how the system works, and it benefits all of us in society. I sincerely hope, though, that you can consider how much Hugo means to our family and how wonderful he is as a person and consider mercy in determining the correct sentence.

Sincerely,


Tony Sevilla

Exhibit E

Stevie Concha
407 S. Ash St
Redlands, California 92373
Phone: 909-735-9024
Email: kabconcha@gmail.com

September 23, 2021

Re:    United States of America v. Hugo Sergio Mejia

Dear Your Honor,

I am writing to ask for leniency for Hugo Mejia. Hugo is my fiancée and we have been engaged for more than two years. He is a wonderful person who treats me with love and respect. He has always been there for me whenever I needed help or support.

Hugo saved my life. Before I met him I was involved in a very abusive relationship. As part of that, I was forced into human sex trafficking. I couldn't get away from it. I had very little self-respect and really had a future with no hope, dreams or promise. Then Hugo came into my life.

When I met Hugo, he found out about what was going on. At the time, we were not romantically involved. He could have just walked away and left me there but he refused. He did everything in his power to get me out of the situation. I know he did it because it was the right thing to do.

It took some time, but with Hugo's help I finally escaped from that relationship. I was able to move in with my mother and I been putting my life back together since then. I know that this would never have happened without Hugo.

Hugo is kind and very supportive. He is very smart and intelligent. He knows how business works and is very entrepreneurial. He inspires me and I know that we will have a wonderful life together. He helps anyone that asks and is never angry.

I know that Hugo made a serious mistake and is in trouble for what he did. I love him very much and can't imagine being without him. I really believe that he did not intend to harm anyone. Sending him to prison will destroy not only his life but mine as well. We have a bright future and I hope that we get to live it.

I know Hugo has to be punished but I hope that you will find a way to allow him to serve his sentence helping in the community rather than sending him to jail. I know he can do a lot of good for many people. He has very much to give.

This is one of the most difficult times of my life and Hugo's as well. I hope that you will find a way to show Hugo some mercy so that we can start our life together.

Thank you for letting me write this letter.

Sincerely,


Stevie Concha

Exhibit F

Karen A. Concha
407 S. Ash St
Redlands, California 92373
Phone: 909-735-9024
Email: kabconcha@gmail.com

September 23, 2021

Re:   United States of America v. Hugo Sergio Mejia

Dear Judge Carney,

My name is Karen A. Concha and I am writing this letter on behalf of Hugo Mejia. I am proud to tell you that I have personally known Hugo for more than four years. I know him as a wonderful friend and offer this letter as a recommendation of his character.

During the time I have known Hugo, I have found him to be an individual who is reliable, always shows up earlier than asked, works hard, and is someone who carries himself in a polite, respectable manner.  Hugo is a very family oriented person who is very level headed and graceful in all situations. He's just a great person.

Hugo is engaged to my daughter, Stevie. Hugo was instrumental in saving Stevie from a terrible relationship in which she was being forced into human trafficking. When Hugo met Stevie and found out about it, he refused to allow her to continue to be abused in that type of relationship. He did everything in his power to help her escape. If it wasn't for his efforts, I believe that Stevie's life would have turned out very different. Because of his actions and dedication, he has made a profound difference in Stevie's life as well as in mine. I am proud that he will be my son-in-law.

I truly believe that Hugo possesses the character and judgment to make our community and society a better place. I know that he made mistakes that have landed him in trouble. I can assure you that his actions do not really reflect who he is as a person. I hope that you will take this into consideration when you are considering his sentence. He's a good man with much to offer.

Thank you again for considering what I have to say. Please feel free to contact me at any time if you would like any further information.

Sincerely,


Karen A Concha

Exhibit G

Mr. Jerry Simon
33822 Flora Spring Street
Temecula, California 92592
Phone: 951-757-5838
Email: jsimon0508@aol.com

September 23, 2021


Re:   United States of America v. Hugo Sergio Mejia

Dear Judge Carney,

My name is Jerry Simon. I am writing on behalf of Hugo Mejia to
respectfully ask that you consider leniency in his sentencing. I
have known Hugo personally and professionally for more than 20
years. I am proud to call him friend.

I proudly served 28 years in the United States Air Force and
achieved the rank of Lt. Colonel. During my time in service, I
learned quite a bit about the qualities of character that make
both outstanding leaders and productive citizens. In my opinion,
Hugo has demonstrated all of those qualities and more.

I believe Hugo to be overall a good and decent. I have seen this
not only in his words but in his actions and deeds. He is
extremely intelligent. He is reliable. He is highly motivated to
succeed. Hugo is always willing to do anything that is required
to make life a better place for others or to help anyone in
need.

Professionally, Hugo currently works In the jewelry business. I
worked closely with him and have helped him along with personal
and financial support. It was a pleasure to work with him. He
always demonstrated a solid work ethic and a passionate desire
to succeed. He was scrupulously honest in all of our business
dealings and is a man whom I know can be trusted.

I know that Hugo has made some serious mistakes which have
brought him here before the Court. I want you to know that there
is much more to this young man than just being a criminal
defendant. He has made a powerful difference in many lives and
has always thought of others before himself. He will be the
first to right a moral wrong.

I am asking that you consider leniency in your sentencing because his actions do not accurately reflect who he really is as a person and I hope that you will be able to find a way to help him avoid prison. I believe that it would be a terrible loss to society for this young man to be incarcerated when he has so much talent and ability. This is underscored by the fact that Hugo suffers from some significant medical issues and I believe that being confined will make those matters much worse for him.

This is a man with so much hope and promise that I believe that he deserves a second chance. He has a full life in front of him and I hope he has the opportunity to seize it and live it to its fullest. I believe that he will make a very positive difference in many peoples lives.

Your honor, I don't say these things lightly and I sincerely appreciate the opportunity to present my opinion to the Court. Thank you again for your consideration. If you have any questions or would like any further information, please do not hesitate to contact me.

Respectfully Submitted,


Jerry Simon

Exhibit H

**Mayra Triana**
**6164 Karianne Lane**
**Riverside, CA 92509**

September 21, 2020

**Re: United States v. Mejia**

Dear Judge Carney:

Hugo and I first met in 2017 through a mutual friend, but we have become so close that I feel I have known him for my entire life. He has such a warm personality so full of depth, compassion and understanding. I am truly blessed to have him in my life.

If I had to define Hugo by one predominant characteristic, it would be love of family. He has such a tight-knit relationship with his mother and would do anything to please her. I admire watching him care for her, since she is in her 70s and somewhat feeble. He also has great relationships with his extended family. I have shared many meals and events with his family as he has with mine. In fact, I am a serial baker and love bringing cakes and cookies to family get-togethers. Hugo is the glue for his family, and he interacts with absolutely everyone.

Hugo also has lots of friends. He has such a caring and considerate personality. He'll do absolutely anything for a friend in need. I remember one time my car broke down during the evening and I didn't feel secure waiting and calling a tow truck by myself. Hugo came for me immediately when I called and stayed with me until the situation was resolved before driving me home. That's the kind of person he is. He will drop everything in an instant for someone he cares about.

I'm consistently impressed by Hugo's sharp business mind as well. I have helped him with QuickBooks and seen him in action. He acts ethically with his customers and goes out of his way to under-promise and over-deliver.

I know Hugo committed a crime and feels terrible about having done so. However, this event does not define Hugo or how he lives his life. He made a mistake, we all do. I know I would hate to be judged by my worst moments.

I work in administration at a telecommunications company and take on part-time jobs as a baker catering events for fun and to make extra money. I meet many people this way and have had to become a good judge of character in both my full and part-time jobs. I can thoroughly vouch for Hugo as a genuinely authentic person who deeply cares for his fellow human beings.

I don't envy your position in deciding the fates of peoples' lives, measuring who should receive what type of punishment. I am sure you receive pleas from many friends and relatives asking for leniency and have a challenging time deciding who is worthy.
However, in this instance, I hope that you can see and understand the person I have gotten to know and care so much for and allow him to promptly return to his family.

Respectfully,


Mayra Triana

Exhibit I

**Harmony Chaney**
**9635 51ˢᵗ Street**
**Jurupa Valley, CA  92509**

September 24, 2021

Dear Judge Carney,

Thank you for taking time to consider this letter in support of leniency for Hugo Mejia.

I first met Hugo 3-4 years ago through my aunt. Hugo had been a loyal and generous friend to my aunt for many years. I remember times when she turned to him for financial help during hard times. Hugo remembers our birthdays and takes us out to dinner to celebrate. He is a real gentleman with a warm, friendly personality.

Last year, I started working for Hugo at watchhodler.com, his luxury watch business. I manage his Instagram account, posting promotional photos on social media. As a boss, Hugo gives clear direction, makes reasonable requests, and speaks in a respectful tone of voice. He pays me fairly and on time. Hugo works hard, does not cut corners, and operates his business with integrity.

I respect how well Hugo treats his customers. He does his best to deliver the best possible product and service every time. He provides each customer support documentation for authentication purposes. If I ever needed a luxury watch, I would call Hugo. He is very knowledgeable and takes his business seriously.

All my personal and professional interactions with Hugo have been positive. He is a good neighbor, person, boss, and friend. I would absolutely work for him again in the future. I could hardly believe my ears when I found out about Hugo's legal trouble. I can assure this court that he has a good heart and generous spirit. I hope you will consider all the good he has done for others over the years.

Your Honor, please hand down the most lenient possible sentence to Hugo,

Respectfully,

Harmony Chaney

Exhibit J

September 23, 2021

Dear Judge Carney,

My name is Omar Abuelkhair and I have known Hugo Mejia for approximately two years. I work for Hugo whenever he needs a helping hand with running his business. Hugo has been an excellent teacher and mentor to me. He is a generous person who has always treated me with kindness and respect. While I do not know the details of his legal case, I am grateful for this opportunity to tell you about him from my point of view.

I admire Hugo for his extraordinary work ethic. He always has multiple positive ideas moving forward at once. I watched Hugo build his new watch business, Watchhodler.com, from the ground up. Hugo assigns me various tasks including designing the company business cards. Recently, Hugo has struggled to read due to his serious eye condition, so I help him read when he has trouble seeing the screens.

Hugo enthusiastically shares his knowledge about finance and investments. He encourages me to do my own research, ask the right questions, and make wise decisions. His mind is like an encyclopedia. He has a real talent for teaching, so he makes complicated subjects easy to understand. With regards to my personal finances, Hugo urges me to make careful, conservative choices for long-term planning. Most importantly, Hugo tells me to follow the letter of the law.

Since I started working for Hugo, I have made a few work-related mistakes. I struggle sometimes in social situations and each time, Hugo corrected me then forgave me. I am twenty-five years old, so his patience means the world to me. My father has also gotten to know Hugo. We've had long conversations over dinner together. My father appreciates all that Hugo has done for me and for our family.

I have seen Hugo interact with his current clients many times. In every interaction, he behaved in a professional, honest, and honorable way. So, I was very surprised to hear that he'd gotten into legal trouble. It definitely seems out of character for the good man I know.

Your Honor, please keep my letter in mind as you decide Hugo's sentence. Please be merciful to my mentor and good friend.

Sincerely,


Omar Abuelkhair
1044 East 6th Street, #203
Corona, CA  92879

Exhibit K

**Carlos Morales, LCSW**
**3200 East Guaspi Road**
**Ontario, CA 91761**

September 22, 2021

Honorable Cormac J. Carney
United States District Judge
Central District of California
Ronald Reagan Federal Building and US Courthouse
411 West Fourth Street
Courtroom 9B
Santa Ana, CA 92701-4516

**Re: US v. Mejia**

Dear Judge Carney:

I am Hugo's therapist and began seeing him in September of 2020. I have become very fond of Hugo during this time. I find him to be an exemplary individual and gladly provide this character reference letter on his behalf having gotten to know him on a very personal level.

I find Hugo to be a very loving person who demonstrates considerably empathy. He truly cares about other people and how they feel. I have also found him to be honest and extremely thoughtful. In fact, he is one of the few patients who is extremely considerate about my time. He is extremely punctual, provides plenty of advance notice when he will not be able to make a session and readily works around my schedule. You would be surprised how many people are not that considerate.

He has had a difficult past and never thought to enter therapy prior to this major life event. From that perspective, this moment has served as a critical and beneficial wake-up call. He has put in considerable effort to work on himself and has dug deep during our sessions seeking to understand his feelings, interactions in the world and the thought process behind his crime. He has expressed genuine remorse and is extremely regretful for his actions.

He has expressed to me how he goes out of his way to employ people with financial need. He can relate to them from experiencing his own struggles. This is another example of his empathy.

What impresses me most about Hugo is that with all the legal problems swirling around him at the moment, he is most concerned about the impact on his mother and the family. He wonders how his mother will get by during his absence. He also expresses deep concern for how he will be able to continue to employ the people who work for him, concerned that they will be without jobs. In my experience, most people in Hugo's position would be primarily concerned about their own wellbeing, but not Hugo. Hugo is generous, kind and compassionate. He made a grievous error and broke the law, but in my personal opinion is well worthy of a second chance.

Respectfully,


Carlos Morales

Exhibit L

Marlene Santellanes
278 Van Ness Ave.
Upland, CA. 91786
Phone: 909-545-4521
Email: m_santellanes@gmail.com

September 27, 2021

Dear Judge Carney,

My name is Marlene Santellanes. I am writing on behalf of Hugo
Mejia who is my older brother. I respectfully ask that you
consider leniency for Hugo on behalf of our entire family.

I am a mother of 3 and work full time as a bank manager. For as
long as I can remember Hugo has been a positive influence on our
family and a good caretaker to our mother.  Hugo has been a
teacher for many years in the past and has spent a lot of time
helping my children to feel comfortable with computers and
technology in general. They look up to him as both an uncle and
as a mentor when it comes to education.

Hugo lives with our mother and is in essence her caretaker. Our
mother is in her 70's and depends on Hugo for a variety of
things pertaining to her home and wellbeing.

Our family has been devastated by the charges my brother Is
currently facing. We all hope that you will consider the
positive aspects and attributes that he has and the significant
changes he has tried to make to his life in the past year.

Our family overall Is very close and Hugo has played a strong
and supportive role in our mother's household. Most of our
family members live near each other, gatherings at our mothers
house are a common event.  Since our father past about 10 years
ago, Hugo has taken a more active role In handling our mothers
needs. He has always been there for her.

Thank you, Your Honor, for taking the time to read my words
about my brother. He Is a good person who brings a lot of
stability to our entire family and friends.


Respectfully,

Marlene Santellanes