UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACR 21-00008-CJC |
| Date | November 18, 2021 |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Interpreter  None

| Elsa Vargas | Debbie Hino-Spaan | Jason Pang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Hugo Sergio Mejia | X | | X | Michael Crain | X | | X |

**PROCEEDINGS:    SENTENCING**

Sentencing hearing held.   See separate Judgment and Commitment Order.

|  | XXXXX : 57 |
|---|---|
|  | Initials of Deputy Clerk   eva |

cc: