MICHAEL M. CRAIN, California State Bar No. 45083
LAW OFFICES OF MICHAEL M. CRAIN
P.O. Box 3730
Santa Monica, California 90408
Telephone:  (310) 571-3324; Facsimile:  (310) 494-0750
E-mail: michaelmcrain@aol.com

Attorney for Defendant Hugo Sergio Mejia

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> HUGO SERGIO MEJIA, ) <br> ) <br> Defendant ) <br> _____ ) | USDC   CR 21-008-CJC-1 <br><br> **DEFENDANT HUGO SERGIO MEJIA'S EX PARTE APPLICATION TO EXTEND DATE OF SURRENDER TO COMMENCE SERVING SENTENCE** |

To the Honorable Cormac J. Carney, United States District Judge and Assistant United States Attorney Jason Pang:

    Defendant Hugo Sergio Mejia, by and through his counsel Michael M. Crain, hereby requests that the Court extend the date for Mr. Mejia to surrender to the Bureau of Prisons to commence serving his sentence from February 16, 2022, to April 11, 2022. This Ex Parte Application is based on the attached Declaration of Michael M. Crain, and the attached Exhibit A.

Dated: January 31, 2022        Respectfully submitted,

                /s/ Michael M. Crain

                MICHAEL M. CRAIN, Attorney
                for Defendant Hugo Sergio Mejia

1

# DECLARATION OF MICHAEL M. CRAIN

1. I am court-appointed counsel for defendant Hugo Sergio Mejia.

2. On November 18, 2021, this Court sentenced Mr. Mejia to a term of 36 months of imprisonment to be served concurrently. The Court further ordered that Mr. Mejia surrender to the institution designated by the Bureau of Prisons on or before 12 noon on February 16, 2022. (Doc. 39).

3. Mr. Mejia informs me that the United States Marshal has informed him that the Bureau of Prisons has designated Federal Correctional Institution, Sheridan as the facility to which Mr. Mejia is to report.

4. As confirmed in the Presentence Report, Mr. Mejia, a Type-2 diabetic, suffers from retinopathy and has been receiving injections in both eyes to preserve his vision. (Doc. 27, ¶¶ 61, 64). Retinopathy can cause blindness in those who suffer from diabetes. Defense Sentencing Position, p. 7, fn. 6. (Doc. 34).

5. Attached as Exhibit A is a letter dated January 28, 2022 from Hajir Dadgostar, M.D. He states that Mr. Mejia is under his care for the treatment of advanced diabetic retinopathy in both eyes. In order to reduce the risk of vision loss due to the progression of the disease, Dr. Dadgostar recommends that Mr. Mejia receive laser treatment of both eyes over the course of the next month.

6. In order that Mr. Mejia may receive this necessary medical treatment, it is requested that the Court extend Mr. Mejia's surrender date to April 11, 2022.

7. I conferred with Assistant United States Attorney Jason Pang on January 31, 2022. I informed him that the defense would be requesting a 60 day extension of Mr. Mejia's surrender date. Mr. Pang informed me that the government has no objection to this request.

I declare under penalty of perjury that these statements are true and correct to the best of my knowledge.

Dated: January 31, 2022      /s/ Michael M. Crain

MICHAEL M. CRAIN, Attorney
for Defendant Hugo Sergio Mejia