# Exhibit A



www.theretinapartners.com

Instagram: @theretinapartners

Facebook: @theretinapartners

Toll-Free 1 (877) 3RETINA (373-8462)

Thomas Hanscom, MD
Robert E. Engstrom, Jr., MD
Hajir Dadgostar, MD, PhD
Amir H. Guerami, MD
Christian Sanfilippo, MD
Stavros Moysidis, MD

**ENCINO**
16500 Ventura Blvd.
Suite 250
Encino, CA 91436
Ph: (818) 788-9333
Fax: (818) 788-9273

**SANTA MONICA**
2021 Santa Monica Blvd.
Suite 720E
Santa Monica, CA 90404
Ph: (310) 829-3303
Fax: (310) 829-3301

**VALENCIA**
23929 McBean Parkway
Suite 208
Valencia, CA 91355
Ph: (661) 705-1075
Fax: (661) 705-4697

**CENTURY CITY**
2080 Century Park East
Suite 707
Los Angeles, CA 90067
Ph: (310) 746-4861
Fax: (310) 746-4653

**THOUSAND OAKS**
100 East Thousand Oaks Blvd.
Suite 112
Thousand Oaks, CA 91360
Ph: (805) 409-0909
Fax: (805) 371-1234

January 28, 2022

RE:   MEJIA, HUGO

DOB:   8/20/1971

To Whom It May Concern:

Mr. Hugo Mejia is under my care for the treatment of advanced diabetic retinopathy (eye disease due to diabetes) in both eyes. In order to reduce the risk of vision loss due to the progression of his eye disease, it is recommended that he receive laser treatment in both eyes delivered over multiple sessions over the course of the next month. Please contact us if there are any questions.

Regards,

Hajir Dadgostar, MD, PhD

*Diplomates, American Board of Ophthalmology | Vitreoretinal Diseases and Surgery*
Specializing in Diabetic Retinopathy | Macular Degeneration | Retinal Detachment | Macular Surgery