MICHAEL M. CRAIN, California State Bar No. 45083
LAW OFFICES OF MICHAEL M. CRAIN
P.O. Box 3730
Santa Monica, California 90408
Telephone: (310) 571-3324; Facsimile: (310) 494-0750
E-mail: michaelmcrain@aol.com

Attorney for Defendant Hugo Sergio Mejia

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HUGO SERGIO MEJIA, <br><br> Defendant | USDC CR 21-008-CJC-1 <br><br> (Proposed) **ORDER EXTENDING DEFENDANT HUGO SERGIO MEJIA'S DATE OF SURRENDER TO THE BUREAU OF PRISONS TO COMMENCE SERVING SENTENCE** |

The Court has read and considered defendant Hugh Sergio Mejia's Ex Parte Application to Extend Date of Surrender to Commence Serving Sentence, and finds that it demonstrates good cause to permit extension of Mr. Mejia's date of surrender to the Bureau of Prisons.

Accordingly, the Court orders that Mr. Mejia is to surrender to the Bureau of Prisons not later than _____.

IT IS SO ORDERED.

Date:_____

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE