IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HUGO SERGIO MEJIA ,<br><br>    Defendant | USDC   8:21-cr-00008-CJC-1<br><br>**ORDER EXTENDING DEFENDANT HUGO SERGIO MEJIA'S  DATE OF SURRENDER TO THE BUREAU OF PRISONS TO COMMENCE SERVING SENTENCE** |

    The Court has read and considered defendant Hugh Sergio Mejia's Ex Parte Application to Extend Date of Surrender to Commence Serving Sentence, and finds that it demonstrates good cause to permit extension of Mr. Mejia's date of surrender to the Bureau of Prisons.

    Accordingly, the Court orders that Mr. Mejia is to surrender to the Bureau of Prisons not later than **April 11, 2022**.

IT IS SO ORDERED.

Date: February 1, 2022

                                     HONORABLE CORMAC J. CARNEY
                                     UNITED STATES DISTRICT COURT JUDGE

**CC: USPO, PSA, USM, BOP**