Hugo Mejia
46603-509
Federal Prison Camp
PO Box 6000
Sheridan, OR 97378
IN PRO PER

```
            FILED
     CLERK, U.S. DISTRICT COURT
        SEP 9, 2022
  CENTRAL DISTRICT OF CALIFORNIA
  BY:        mp        DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE NINTH CIRCUIT

The Honorable Cormac J. Carney
411 West Fourth Street, Courtroom 9B
Santa Ana, CA 92701-4516

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>HUGO MEJIA,<br><br>    Defendant. | Case No. 8:21-cr-00008-CJC<br><br>MOTION TO MODIFY<br><br>IMPOSITION OF SENTENCE<br><br>UNDER 18 U.S.C. §3582(c)(1)(A) |

Defendant Hugo Mejia hereby moves this Honorable Court to modify the sentence of Defendant based on the following basis listed below.

BASIS OF THE MOTION

COMES NOW, the Petitioner, Hugo Mejia IN PRO SE, respectfully requesting that this honorable Court reduce his sentence pursuant to Title 18 U.S.C. §3582(c)(1)(A) to time served with whatsoever tailored conditions of release it deems appropriate.

Considering the Supreme Court's holding in Haines v. Kerner [404 US 520 (1971)] for PRO SE pleadings Petitioner humbly requests the Court hold this motion to "less stringent standards" than those applied to one drafted by an attorney. Please consider this motion liberally, considering the circumstances have changed since Petitioner appeared in your courtroom for sentencing.

## OVERVIEW

Petitioner is an inmate at the Federal Prison Camp in Sheridan, Oregon serving a sentence of 36 months. He has completed approximately 25% of his sentence as of this pleading. He suffers from Type II diabetes, a condition he was diagnosed with in 2001, and which progressed to retinopathy of the eyes in 2021. His condition has worsened while incarcerated and he has been unable to receive the medical care he needs. This is due in part to limitations in service and significant staffing shortages brought on by the COVID pandemic, and more generally to a systemic approach to medical care in the Bureau of Prisons that prioritizes bureaucratic delay over patient care. As such, despite multiple and continued efforts to seek care, Petitioner's retinopathy has progressed to the point of severe deterioration of his eyesight with no improvement forseen absent professional treatment. He seeks relief from this Court that he may pursue treatment with his Primary Provider, with whom he has had a working relationship for several years.

## BACKGROUND

Petitioner began seeking medical treatment for his progressing retinopathy on April 19, 2022. He had an initial medical intake performed at which he was prescribed medications for his condition and told he would be scheduled to see an opthalmologist. He is currently taking Metformin HCI 500mg 2xdaily, and Atorvastatin 40mg 1xdaily. He requested a blood sugar monitor for his diabetes but was denied because he is not actively taking insulin. On July 7, 2022 he went to sick call complaining of vision loss due to retinopathic progression. He was told that the Medical Director would be notified of his condition and possibly "bump [him] up the list" to see an opthalmologist within "1 to 2 weeks". On July 14, 2022 he presented with yet worsening vision as well as flashing light effects and "floaters" in his vision. On July 21, 2022