He was immediately accepted into the Residential Drug Abuse Program and has completed approximately one half of the required classes, again without incident. Any further safety considerations this Court may have in terms of fulfilling the 3553(A) factors can easily be met by a period of home confinement with allowances for appropriate medical care by an outside specialist or any other tailored conditions this Court sees fit to impose.

## RELIEF SOUGHT

Given the compelling nature of Petitioner's deteriorating condition, he humbly asks that this Court rule in his favor and grant immediate Reduction in Sentence with whatever conditions it deems appropriate.

Respectfully submitted this 1st day of September, 2022.

_____
Hugo Mejia

ATTACHMENTS TO THE MOTION

Exhibit A: Administrative Remedy Documentation

Exhibit B: BOP Medical Records

Exhibit C: Personal Physician Medical Records