Exhibit A

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden Hindrix | DATE: July 26, 2022 |
|---|---|
| FROM: Hugo Mejia | REGISTER NO.: 46603-509 |
| WORK ASSIGNMENT: Food Service | UNIT: Unit 6 Wing 5 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I request the BOP represent me in a Reduction In Sentence/Compassionate Release motion based on my severe and worsening health condition and the risk posed to me by my continued incarceration. I was diagnosed with Type II diabetes in 2001 and with Retinopathy in 2021. I self-surrendered on 4/11/2022 before I was able to complete surgeries on both my eyes my doctor ordered to stabilize my condition. Since then my retinopathy has worsened and my vision is deteriorating at an alarming rate. I have been on "pending" status to see an opthamologist for over 4 months now without being treated or otherwise evaluated. I understand the seriousness of my request but feel compelled at this point to do what I can to preserve my vision and maintain my overall health. I believe this can best be done by releasing me to the care of my personal doctor in order to complete my needed surgeries and prevent any further degradation of my vision and health. Thank you for your consideration and I appreciate the opportunity to express my concerns.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
PDF                        Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER    **SECTION 6**

BP-A148.055
SEP 98

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

**INMATE REQUEST TO STAFF**

| TO: (Name and Title of Staff Member) Ms. MIR - Medical (Records Dept) | DATE: 8/9/22 |
|---|---|
| FROM: Hugo Mejia | REGISTER NO.: 46603-509 |
| WORK ASSIGNMENT: | UNIT: 6 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I would like to request a copy of my medical records. From:

April 11, 2022 - Present.

Thank you

(2nd request)

(Do not write below this line)

DISPOSITION:

Signature Staff Member             Date

Record Copy - File; Copy - Inmate
This form may be replicated via WP

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**