Hugo Mejia
46603-509
Federal Prison Camp
PO Box 6000
Sheridan, OR 97378
IN PRO PER



FILED
CLERK, U.S. DISTRICT COURT
SEP 9, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___mp___ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE NINTH CIRCUIT

The Honorable Cormac J. Carney
411 West Fourth Street, Courtroom 9B
Santa Ana, CA 92701-4516

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:21-cr-00008-CJC |
| Plaintiff, | REQUEST FOR EMERGENCY HEARING |
| v. | |
| HUGO MEJIA, | |
| Defendant. | |

Defendant Hugo Mejia hereby request this Honorable Court grant an emergency hearing with shortened scheduling of the following MOTION TO MODIFY IMPOSITION OF SENTENCE UNDER 18 U.S.C. §3582(c)(1)(A) given the progressive and dangerous nature of the medical condition upon which he is predicating his Motion.