Hugo Mejia
46603-509
Federal Prison Camp
PO Box 6000
Sheridan, OR 97378
IN PRO PER



FILED
CLERK, U.S. DISTRICT COURT

SEP - 9 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE NINTH CIRCUIT

The Honorable Cormac J. Carney
411 West Fourth Street, Courtroom 9B
Santa Ana, CA 92701-4516

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | [ | Case No. 8:21-cr-00008-CJC |
| | [ | |
| Plaintiff | [ | MOTION TO MODIFY |
| | [ | |
| v. | [ | IMPOSITION OF SENTENCE |
| | [ | |
| HUGO MEJIA, | [ | UNDER 18 U.S.C. §3582(c)(1)(A) |
| | [ | |
| Defendant. | [ | |
| | [ | |

Defendant Hugo Mejia hereby moves this Honorable Court to modify the sentence of Defendant based on the following basis listed below.

BASIS OF THE MOTION

COMES NOW, the Petitioner, Hugo Mejia IN PRO SE, respectfully requesting that this honorable Court reduce his sentence pursuant to Title 18 U.S.C. §3582(c)(1)(A) to time served with whatsoever tailored conditions of release it deems appropriate.

Considering the Supreme Court's holding in Haines v. Kerner [404 US 520 (1971)] for PRO SE pleadings Petitioner humbly requests the Court hold this motion to "less stringent standards" than those applied to one drafted by an attorney. Please consider this motion liberally, considering the circumstances have changed since Petitioner appeared in your courtroom for sentencing.

## OVERVIEW

Petitioner is an inmate at the Federal Prison Camp in Sheridan, Oregon serving a sentence of 36 months. He has completed approximately 25% of his sentence as of this pleading. He suffers from Type II diabetes, a condition he was diagnosed with in 2001, and which progressed to retinopathy of the eyes in 2021. His condition has worsened while incarcerated and he has been unable to receive the medical care he needs. This is due in part to limitations in service and significant staffing shortages brought on by the COVID pandemic, and more generally to a systemic approach to medical care in the Bureau of Prisons that prioritizes bureaucratic delay over patient care. As such, despite multiple and continued efforts to seek care, Petitioner's retinopathy has progressed to the point of severe deterioration of his eyesight with no improvement forseen absent professional treatment. He seeks relief from this Court that he may pursue treatment with his Primary Provider, with whom he has had a working relationship for several years.

## BACKGROUND

Petitioner began seeking medical treatment for his progressing retinopathy on April 19, 2022. He had an initial medical intake performed at which he was prescribed medications for his condition and told he would be scheduled to see an opthalmologist. He is currently taking Metformin HCI 500mg 2xdaily, and Atorvastatin 40mg 1xdaily. He requested a blood sugar monitor for his diabetes but was denied because he is not actively taking insulin. On July 7, 2022 he went to sick call complaining of vision loss due to retinopathic progression. He was told that the Medical Director would be notified of his condition and possibly "bump [him] up the list" to see an opthalmologist within "1 to 2 weeks". On July 14, 2022 he presented with yet worsening vision as well as flashing light effects and "floaters" in his vision. On July 21, 2022

he was informed that he is still pending to see an opthalmologist. On July
28, 2022 he again inquired and was informed that his request to see an opthalmologist
was approved but that they would try to see him "some time this year". As
of August 24, 2022 no progress has been made in providing medical care while
his condition and vision continue to worsen.


ARGUMENTS

1. This Court has authority to determine a reduction in sentence.

The First Step Act of 2018 modified 18 Title U.S.C. §3583(c)(1)(A)(i)
to allow incarcerated individuals leave to petition a sentencing Court directly
for relief 30 days after submitting an initial Request for Administrative
Remedy (a.k.a. a BP-8) with the Warden of his institution. Petitioner submitted
a BP-8 to FCI Sheridan Administration on July 26, 2022 and has not yet received
any response at all.

The COVID pandemic has created staffing shortages BOP wide which create
extraordinary and unforeseen circumstances at the time of sentencing. Despite
multiple efforts to hire new staff, this does not appear to be changing anytime
soon. As such, the BOP is unable to provide the medical care it is mandated
to offer to inmates within its custodial care. Given the severe nature of
Petitioner's condition he seeks the only recourse available for care, namely
compassionate release via this Court.


2. Petitioner's deteriorating condition creates a need for immediate release.

Retinopathy is a progressive metabolic disorder of the eye sometimes
resulting from persistent hypertension or diabetes mellitus. It may include
fluid leakage, tiny aneurysms of the capillaries, and hemorrhage into the
retina. Proliferative retinopathy can also cause fibrous tissue to grow forward
onto the gel of the retina and is a major cause of permanent loss of vision.

(See Encyclopedia of Medicine, The American Medical Association, 1989, pg 867) Investigation techniques include vision tests by means of an opthalmoscope and camera, fluorescein injection, electrophysiologic testing, and ultrasound scanning. (ibid.) This level of care is not generally available in BOP institutions and must be referred to outside specialist care. Although Petitioner has continually pursued treatment for his condition, staffing shortages have exacerbated the usual delays in treatment most inmates experience. As such he has gone for months without any care while his conditions have worsened. In addition FCI Sheridan has had several recent outbreaks of COVID-19 infection, further limiting the medical care available for routine or emergent conditions. The pandemic itself creates another unforeseen risk, as Petitioner's immune system is stressed by his conditions and puts him at greater risk for serious illness from coronavirus infection.

Although Petitioner had already been diagnosed with diabetes mellitus at sentencing, his retinopathy was unforeseen. As defined by U.S.S.G. § 1B1.13 Application Note 1, a circumstance in which a defendant is suffering from a condition "that substantially diminishes the ability of the defendant to provide self-care within the environment of a correctional facility and from which he or she is not expected to recover" can be grounds for release. Nor is 1B1.13 the sole determining factor, as Brooker, 976 F.3d at 237 shows that "district courts have full discretion...to determine whether an 'extraordinary and compelling' reason justifies a compassionate release when an imprisoned person files a §3582(c)(1)(A) motion."


3. Petitioner's continued incarceration exceeds that defined as "sufficient but no longer than necessary" to meet applicable 3553(a) factors.

Petitioner complied with all pretrial requirements without incident, demonstrating his willingness to accept responsibility for his crime and punishment.

He was immediately accepted into the Residential Drug Abuse Program and has completed approximately one half of the required classes, again without incident. Any further safety considerations this Court may have in terms of fulfilling the 3553(A) factors can easily be met by a period of home confinement with allowances for appropriate medical care by an outside specialist or any other tailored conditions this Court sees fit to impose.

## RELIEF SOUGHT

Given the compelling nature of Petitioner's deteriorating condition, he humbly asks that this Court rule in his favor and grant immediate Reduction in Sentence with whatever conditions it deems appropriate.

Respectfully submitted this 1st day of September, 2022.

Hugo Mejia

ATTACHMENTS TO THE MOTION

Exhibit A: Administrative Remedy Documentation


Exhibit B: BOP Medical Records


Exhibit C: Personal Physician Medical Records

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Warden Hindrix | DATE: July 26, 2022 |
|---|---|
| FROM: Hugo Mejia | REGISTER NO.: 46603-509 |
| WORK ASSIGNMENT: Food Service | UNIT: Unit 6 Wing 5 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

I request the BOP represent me in a Reduction In Sentence/Compassionate Release motion
based on my severe and worsening health condition and the risk posed to me by my continued
incarceration. I was diagnosed with Type II diabetes in 2001 and with Retinopathy in
2021. I self-surrendered on 4/11/2022 before I was able to complete surgeries on both
my eyes my doctor ordered to stabilize my condition. Since then my retinopathy has
worsened and my vision is deteriorating at an alarming rate. I have been on "pending"
status to see an opthamologist for over 4 months now without being treated or otherwise
evaluated. I understand the seriousness of my request but feel compelled at this point
to do what I can to preserve my vision and maintain my overall health. I believe this
can best be done by releasing me to the care of my personal doctor in order to complete
my needed surgeries and prevent any further degradation of my vision and health. Thank
you for your consideration and I appreciate the opportunity to express my concerns.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**

BP-A148.055
SEP 98

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

**INMATE REQUEST TO STAFF**

| TO: (Name and Title of Staff Member) Ms. MIR-Medical (Records Dept) | DATE: 8/9/22 |
|---|---|
| FROM: Hugo Mejia | REGISTER NO.: 46603-509 |
| WORK ASSIGNMENT: | UNIT: 6 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I would like to request a copy of my medical records. From:

April 11, 2022 - Present.

Thank you

(2nd request)

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | MEJIA, HUGO SERGIO | | Reg #:  46603-509 |
| Date of Birth: | 08/20/1971 | Sex:  M  Race:  WHITE | Facility:  SHE |
| Encounter Date: | 07/07/2022 14:18 | Provider:  Heidt, Megan EMT-P | Unit:  F05 |

EMT/Para - Sick Call encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**  Provider:  Heidt, Megan EMT-P

Chief Complaint:  Eyes/Vision Problems

Subjective:  Inmate c/o worsening vision in both eyes due to diabetic neuropathy. Inmate is approved for outside consult to ophthalmology, not yet scheduled. Inmate states his left eye is worse than the right. Notes "bright flashes, blurriness, ruptured blood vessels that look like spider webs and sometimes total blindness" in his left eye.

Pain:  No

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/07/2022 | 14:19 SHE | 87 | Via Machine | | Heidt, Megan EMT-P |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/07/2022 | 14:19 SHE | 14 | Heidt, Megan EMT-P |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/07/2022 | 14:19 SHE | 119/73 | Left Arm | Sitting | Adult-regular | Heidt, Megan EMT-P |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/07/2022 | 14:19 SHE | 97 | Room Air | Heidt, Megan EMT-P |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Lethargic, Obtunded, Dyspneic, Appears in Pain, Pale, Cyanotic, Diaphoretic, Acutely Ill

**Skin**

**General**

Yes: Within Normal Limits

**Eyes**

**General**

Yes: PERRLA

**Periorbital/Orbital/Lids**

Yes: Normal Appearing

**Conjunctiva and Sclera**

| | |
|---|---|
| Inmate Name: MEJIA, HUGO SERGIO | Reg #: 46603-509 |
| Date of Birth: 08/20/1971 Sex: M Race: WHITE | Facility: SHE |
| Encounter Date: 07/07/2022 14:18 Provider: Heidt, Megan EMT-P | Unit: F05 |

Yes: Within Normal Limits

No: Diffuse Redness, Hyperemia, Subconjunctival Hemorrhage, Trauma

**Cornea and Lens**

Yes: Normal Appearing

**ASSESSMENT:**

Eye – Visual Acuity Change

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

Return Immediately if Condition Worsens

**Other:**

Protocol followed. Notified medical records of need for ophthalmology scheduling as soon as possible.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/07/2022 | Counseling | Plan of Care | Heidt, Megan | Verbalizes Understanding |

**Copay Required:** Yes     **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Heidt, Megan EMT-P on 07/07/2022 14:23

Requested to be cosigned by Grasley, Andrew (MAT) M.D./CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MEJIA, HUGO SERGIO | | | Reg #: | 46603-509 |
| Date of Birth: | 08/20/1971 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/07/2022 14:18 | Provider: | Heidt, Megan EMT-P | Facility: | SHE |

**Cosigned by Grasley, Andrew (MAT) M.D./CD on 07/08/2022 10:19.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: MEJIA, HUGO SERGIO | | Reg #: 46603-509 |
| Date of Birth: 08/20/1971 | Sex:   M   Race:   WHITE | Facility: SHE |
| Encounter Date: 06/27/2022 08:02 | Provider:  Grasley, Andrew (MAT) M. | Unit:   F05 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider:   Grasley, Andrew (MAT) M.D./CD

Chief Complaint:   INFECTIOUS DISEASE

Subjective:   Ordering medication for LTBI treatment.

**Pain:**        No

**OBJECTIVE:**

**ASSESSMENT:**

LTBI On Prophylaxis, 795.5A - Current

LTBI Pending Tx Eval, P795.5 - Resolved

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Isoniazid Tablet | 06/27/2022 08:02 |
| | **Prescriber Order:**    900mg Orally  Weekly x 90 day(s) Pill Line Only | |
| | Indication:   LTBI On Prophylaxis | |
| | Rifapentine Oral Tablet 150 MG | 06/27/2022 08:02 |
| | **Prescriber Order:**    900mg Orally  Weekly x 90 day(s) Pill Line Only | |
| | Indication:   LTBI On Prophylaxis | |
| | Pyridoxine Tablet | 06/27/2022 08:02 |
| | **Prescriber Order:**    50mg Orally  Weekly x 90 day(s) | |
| | Indication:   LTBI On Prophylaxis | |

**Discontinued Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| *Lab Tests - Short List-General-Hemoglobin A1C* | *One Time* | *10/15/2022 00:00* | *Routine* |
| Labs requested to be reviewed by: | Grasley, Andrew (MAT) M.D./CD | | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Diabetic-CBC | One Time | 10/01/2022 00:00 | Routine |
| Chronic Care Clinics-Diabetic-Lipid Profile | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Chronic Care Clinics-Diabetic-Microalbumin & Creatinine, Urine Random | | | |
| Chronic Care Clinics-Diabetic-Comprehensive Metabolic Profile (CMP) | | | |
| Lab Tests-H-Hepatic Profile | One Time | 07/25/2022 00:00 | Routine |

**Disposition:**

| Inmate Name: | MEJIA, HUGO SERGIO | | | Reg #: | 46603-509 |
|---|---|---|---|---|---|
| Date of Birth: | 08/20/1971 | Sex: | M   Race:   WHITE | Facility: | SHE |
| Encounter Date: | 06/27/2022 08:02 | Provider: | Grasley, Andrew (MAT) M. | Unit: | F05 |

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/27/2022 | Counseling | Plan of Care | Grasley, Andrew | Attentive |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Grasley, Andrew (MAT) M.D./CD on 06/27/2022 08:12

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

---

Inmate Name:   MEJIA, HUGO SERGIO
Date of Birth:   08/20/1971          Sex:   M   Race:   WHITE          Reg #:   46603-509
Encounter Date:   06/24/2022 10:19          Provider:   Zaragoza, Mariana QIIC          Facility:   SHE
Unit:   F05

---

Infectious Disease - Latent TB encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   **1**      Provider:   Zaragoza, Mariana QIIC RN

Chief Complaint:   INFECTIOUS DISEASE
Subjective:      "I want to start Latent TB treatment."
**Pain:**      No

---

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| 06/24/2022 | 10:18 SHE | 98.4 | 36.9 | Forehead | Zaragoza, Mariana QIIC RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|----------------|----------|--------|----------|
| 06/24/2022 | 10:18 SHE | 89 | | | Zaragoza, Mariana QIIC RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|----------------|----------|
| 06/24/2022 | 10:18 SHE | 16 | Zaragoza, Mariana QIIC RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 06/24/2022 | 10:18 SHE | 124/78 | Left Arm | Sitting | Adult-regular | Zaragoza, Mariana QIIC RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 06/24/2022 | 10:18 SHE | 100 | Room Air | Zaragoza, Mariana QIIC RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|--------------|----------|
| 06/24/2022 | 10:18 SHE | 186.8 | 84.7 | | Zaragoza, Mariana QIIC RN |

**Exam:**

**General**
**Affect**
Yes: Pleasant, Cooperative
**Appearance**
Yes: Appears Well
**Pulmonary**
**Auscultation**
Yes: Clear to Auscultation

---

| Inmate Name: | MEJIA, HUGO SERGIO | | | | Reg #: | 46603-509 |
|---|---|---|---|---|---|---|
| Date of Birth: | 08/20/1971 | Sex: | M   Race: | WHITE | Facility: | SHE |
| Encounter Date: | 06/24/2022 10:19 | Provider: | Zaragoza, Mariana QIIC | | Unit: | F05 |

**Comments**

Inmate evaluated today for initiation of LTBI treatment. 7mm positive TST on 04/17/22.Denies any active s/s of TB at this time or previous INH-RPT treatment.Inmate understands the risk and benefits of treatment and would like to start therapy.
-CXR done 04/18/22
-Labs completed 04/18/22

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/24/2022 | Counseling | Plan of Care | Zaragoza, Mariana | Verbalizes Understanding |
| 06/24/2022 | Counseling | Access to Care | Zaragoza, Mariana | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Zaragoza, Mariana QIIC RN on 06/24/2022 10:23
Requested to be cosigned by  Grasley, Andrew (MAT) M.D./CD.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MEJIA, HUGO SERGIO | | | Reg #: | 46603-509 |
| Date of Birth: | 08/20/1971 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/24/2022 10:19 | Provider: | Zaragoza, Mariana QIIC | Facility: | SHE |

**Cosigned with New Encounter Note by Grasley, Andrew (MAT) M.D./CD on 06/27/2022 08:02.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MEJIA, HUGO SERGIO | | | Reg #: | 46603-509 |
| Date of Birth: | 08/20/1971 | Sex: | M    Race: WHITE | Facility: | SHE |
| Note Date: | 05/10/2022 10:39 | Provider: | Smith, Darin PA-C, | Unit: | F05 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Smith, Darin PA-C, Regional MAST APP
    Diabetes Screening or follow up - HgA1c ordered
    Colorectal Cancer Screening - FIT testing ordered via NMOS

**New Non-Medication Orders:**

| **Order** | **Frequency** | **Duration** | **Details** | **Ordered By** |
|---|---|---|---|---|
| Fecal Occult Blood | One Time | | FIT - CRC Screening | Smith, Darin PA-C, Regional MAST APP |

                Order Date:         05/10/2022

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Smith, Darin PA-C, Regional MAST APP on 05/10/2022 10:40

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| Inmate Name: | MEJIA, HUGO SERGIO | | | Reg #: | 46603-509 |
|---|---|---|---|---|---|
| Date of Birth: | 08/20/1971 | Sex: | M    Race: WHITE | Facility: | SHE |
| Note Date: | 05/10/2022 10:38 | Provider: | Smith, Darin PA-C, | Unit: | F05 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Smith, Darin PA-C, Regional MAST APP
Diabetes Screening or follow up - HgA1c ordered
Colorectal Cancer Screening - FIT testing ordered via NMOS

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-Gen. Hemoglobin A1C | One Time | 10/15/2022 00:00 | Routine |
| Labs requested to be reviewed | Grasley, Andrew (MAT) M.D./CD | | |

**Copay Required:** No              **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Smith, Darin PA-C, Regional MAST APP on 05/10/2022 10:39



THOMAS HANSCOM, M.D.
ROBERT E. ENGSTROM, JR., M.D.
HAJIR DADGOSTAR, M.D., Ph.D.
AMIR H. GUERAMI, M.D.
CHRISTIAN SANFILIPPO, M.D.
STAVROS MOYSIDIS, M.D.

| Name | Chart# | DOB | Refer Doctor | |
|------|--------|-----|--------------|--|
| Mr. Hugo Mejia | 31203 | 8/20/1971 (50 Years) | Aung-Zaw Phoo, O.D. | |
| Date | Location | PCP | Insurance | |
| 3/30/2022 | Encino | All Mohamed, MD | BSAB BLUE SHIELD OF CA/ LUCENTIS CO-PAY ASSISTANCE | |

**Reason For Visit:** Follow Up - Proliferative Diabetic Retinopathy OU. Diabetic Macular Edema OU. Vitreous Hemorrhage OU.

**HPI:** CC: Blurred Vision OU. Since Last Visit: no changes noted OU. Location: central vision OU. Severity: mild OU. Associated Symptoms: floaters OS. Duration of Problem: since last visit. Course: stable, no changes OS. Modifying Factors: none. Pertinent Negatives: No Flashes, Eye Pain, Shadow, Curtain, or Veil. Screening for COVID-19: No Close Contact w/ Anyone Exhibiting Symptoms: Fever,Cough,Sneezing/Runny Nose or Muscle/Joint Pain. Screening for COVID-19: No Cough. Screening for COVID-19: No Fever. Screening for COVID-19: No Muscle/Joint Pain. Screening for COVID-19: No Recent High Risk Travel. Screening for COVID-19: No Shortness of Breath/Difficulty Breathing. Screening for COVID-19: No Sneezing/Runny Nose. HPI obtained by Hajir Dadgostar, MD, PhD

**Secondary:** Diabetes, Type II with Ocular Complications. Nuclear Sclerosis OU.

**Specialty Meds (Initial):** None.

**Mental Status:** Alert and oriented x 3, appropriate mood/affect Hx Source: Patient LBS: 138 HA1c: 7.2 (Date: 2/2/22)

**PSFH/ROS Updated Date:** PSFH/ROS (Last Update: 3/30/22)

**Medical Hx:** Diabetes Type II. **Surgical Hx:** Noncontributory.

**Systemic Meds:** metformin. LIPITOR. Pt denies any new medication as of 2/9/22 (QH).

**Allergies:** NKDA.

**Family Hx:** Diabetes (Mother). Hypertension (Mother). **Social Hx:** Marital Status: Married. Smoking/Tobacco: Never Smoker. Alcohol: None. Substance Abuse: None. Occupation: IT Consultant. Fall Risk: No.

**ROS:** Ocular: See HPI. Allergy/Immunology: Negative. Cardiovascular: Negative. Constitutional: Negative. Endocrine: Diabetes Type II. Gastrointestinal: Negative. Genitourinary: Negative. Hematology/Oncology: Negative. HENT: Negative. Integumentary: Negative. Musculoskeletal: Negative. Neurologic: Negative. Psychiatric: Negative. Respiratory: Negative.

---

**VA OD:** Dcc20/40+2. PHNI. **OS:** Dcc20/40. PHNI.
**IOP:** TP   **OD:** 15   **OS:** 15                                                                                              2:07 PM

**Dilation:**
   Location: OU. Tech: KE. Time: 2:07 PM. **Drops:** Tropicamide 1%; Phenylephrine 2.5%; Proparacaine 0.5%.

| **External** | **Right Eye** | **Left Eye** |
|--------------|---------------|--------------|
| • Pupils | Round. Sluggish. No RAPD. 3mm. | Round. Sluggish. No RAPD. 3mm. |
| • Adnexa | Normal Ocular Adnexa. | Normal Ocular Adnexa. |

| **Anterior** | **Right Eye** | **Left Eye** |
|--------------|---------------|--------------|
| • General | | |
| • L/C/S | White and Quiet. | White and Quiet. |
| • Cornea | Epithelium Intact. Clear Stroma. Clear Endothelium. | Epithelium Intact. Clear Stroma. Clear Endothelium. |
| • Anterior Chamber | Normal Depth. Quiet. | Normal Depth. Quiet. |
| • Iris | No Rubeosis. | No Rubeosis. |
| • Lens | Trace NS. | Trace NS. |

---

*Specializing in Diabetic Retinopathy  |  Macular Degeneration  |  Retinal Detachment  |  Macular Surgery  |  Ophthalmic Oncology*

☐ 16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436 • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐ 2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐ 23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐ 2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653
www.theretinapartners.com | info@theretinapartners.com

# THE RETINA PARTNERS
# MEDICAL RELEASE OF INFORMATION

__Hugo Mejia__

Patient Name                                          Guardian/ Authorized Representative (if applicable)

__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__                                       __August 20, 1971__

Social Security Number                                Date of Birth

I authorize the use and disclosure of my health information on as described below:

_____ Records relating to treatment dates from

✔ Records for all care at this facility or by this doctor

_____ Other (please specify) _____

I understand that I have the right to revoke this authorization in writing except: (1) where uses or disclosures have already been made based upon my original permission or (2) the authorization was obtained as a condition of securing insurance coverage and the issuer by law have the right to contest a claim or the insurance policy. I understand that uses and disclosures already made based upon my original permissions cannot be taken back. To revoke this authorization, I must do so in writing and with my express revocation; this consent will automatically expire in ninety (90) days from today's date. I understand that it is possible that information used or disclosed with my permission may be re-disclosed by the recipient and no longer protected by the federal privacy standards.

**Information to be released [ ] from ✔ to:** __Stevie Concha__

__407 South Ash Street__

__Redlands, CA 92373__

**Phone:** (909) 735-9024 **Fax:** _____

✔ **from [ ] to: The Retina Partners**
**16500 Ventura Boulevard, Suite 250**
**Encino, CA 91436**
**(818)788-9333 Fax (818)788-9273**

(Initials of patient or guardian) I understand that The Retina Partners, may not condition treatment on my signing this authorization and that I have a right to refuse this authorization.

_____     __July 17, 2022__

Signature of Patient/Guardian/Representative       Date

** If this authorization is signed by an individual's personal representative, the representative's authority is based on _____ [e.g., state law, court order, etc.

FEE SCHEDULE. State and federal laws specify a reasonable fee may be charged to offset the cost associated with the reproducing of records. The fee is $25.00. No fee shall be charged for reproducing and forwarding records directly to the physician.



**THE RETINA PARTNERS**

THOMAS HANSCOM, M.D.
ROBERT E. ENGSTROM, JR., M.D.
HAJIR DADGOSTAR, M.D., Ph.D.
AMIR H. GUERAMI, M.D.
CHRISTIAN SANFILIPPO, M.D.
STAVROS MOYSIDIS, M.D.

| Name | Chart# | DOB | Refer Doctor |
|---|---|---|---|
| Mr. Hugo Mejia | 31203 | 8/20/1971 (50 Years) | Aung-Zaw Phoo, O.D. |

| Date | Location | PCP | Insurance |
|---|---|---|---|
| 3/22/2021 | Encino | Ali Mohamed, MD | BSAB BLUE SHIELD OF CA/ LUCENTIS CO-PAY ASSISTANCE |

**Reason For Visit:** Follow Up - Vitreous Hemorrhage OU. Proliferative Diabetic Retinopathy OU.

**HPI:** CC: Blurred Vision OD > OS. Since Last Visit: stable OD > OS. Location: central vision OD > OS. Severity: mild OD > OS. Quality: foggy OS. Duration of Problem: since last visit OD > OS. Associated Symptoms: floaters OS. Since Last Visit: no changes noted. Pertinent Negatives: No Flashes, Eye Pain, Shadow, Curtain, or Veil. Screening for COVID-19: No Close Contact to Anyone with Known COVID-19. Screening for COVID-19: No Close Contact w/ Anyone Exhibiting Symptoms: Fever,Cough,Sneezing/Runny Nose or Muscle/Joint Pain. Screening for COVID-19: No Cough. Screening for COVID-19: No Fever. Screening for COVID-19: No Muscle/Joint Pain. Screening for COVID-19: No Recent High Risk Travel. Screening for COVID-19: No Shortness of Breath/Difficulty Breathing. Screening for COVID-19: No Sneezing/Runny Nose. HPI obtained by Hajir Dadgostar, MD, PhD

**Secondary:** Diabetes, Type II with Ocular Complications. Nuclear Sclerosis OU.

**Specialty Meds (Initial):** None.

**Mental Status:** Alert and oriented x 3, appropriate mood/affect **Hx Source:** Patient LBS: 128 HA1c: 6.1

**PSFH/ROS Updated Date:** PSFH/ROS (Last Update: 3/22/21)

**Medical Hx:** Diabetes Type II. **Surgical Hx:** Noncontributory.

**Systemic Meds:** metformin. LIPITOR.

**Allergies:** NKDA.

**Family Hx:** Diabetes (Mother). Hypertension (Mother). **Social Hx:** Marital Status: Married. Smoking/Tobacco: Never Smoker. Alcohol: None. Substance Abuse: None. Occupation: IT Consultant. Fall Risk: No.

**ROS:** Ocular: See HPI. Allergy/Immunology: Negative. Cardiovascular: Negative. Constitutional: Negative. Endocrine: Diabetes Type II. Gastrointestinal: Negative. Genitourinary: Negative. Hematology/Oncology: Negative. HENT: Negative. Integumentary: Negative. Musculoskeletal: Negative. Neurologic: Negative. Psychiatric: Negative. Respiratory: Negative.

---

**VA OD:** Dcc20/25. **OS:** DccCF 3'. W/ head movement

**IOP:** TP **OD:** 13 **OS:** 15                                                                    1:40 PM

**Dilation:**
Location: OS. Tech: KE. Time: 1:40 PM. **Drops:** Tropicamide 1%; Phenylephrine 2.5%; Proparacaine 0.5%.

| External | Right Eye | Left Eye |
|---|---|---|
| • Pupils | Round. Sluggish. No RAPD. 4mm. | Round. Sluggish. No RAPD. 4mm. |
| • Adnexa | | Normal Ocular Adnexa. |

| Anterior | Right Eye | Left Eye |
|---|---|---|
| • General | | White and Quiet. |
| • L/C/S | | |
| • Cornea | | Epithelium Intact. Clear Stroma. Clear Endothelium. |
| • Anterior Chamber | | Normal Depth. Quiet. |
| • Iris | | No Rubeosis. |
| • Lens | | Trace NS. |

---

*Specializing in Diabetic Retinopathy | Macular Degeneration | Retinal Detachment | Macular Surgery | Ophthalmic Oncology*

☐ 16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436 • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐ 2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐ 23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐ 2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653

*www.theretinapartners.com | info@theretinapartners.com*

| Posterior | Right Eye | Left Eye |
|---|---|---|
| • General | | Limited View Due to Vitreous Opacity. |
| • Nerve | | No View |
| • Vitreous | | Vitreous Hemorrhage. |
| • Retinal Vessels | | Avulsed Broken Retinal Vessel (Superotemporal). |
| • Macula | | No View |
| • Periphery | | Attached Superior Periphery. |

**OCT Macula: Findings OD:** Reason for Testing: Monitor Progression. No Evidence of Macular Edema. No Evidence of Subretinal Fluid.

**B-Scan: Findings OS:** Vitreous Opacities Consistent with Hemorrhage with Layering on Posterior Hyaloid. Stable Focal Hyaloidal Attachments (Superotemporal and Superonasal). No Echographic Findings Consistent with a Retinal Detachment in Four Quadrants with Longitudinal and Transverse Views. No Mass or Choroidal Detachment. Comparative Data: No Significant Change Compared to Prior Study.

**Imp/Plan:**

1. Vitreous Hemorrhage OU. Secondary to proliferative retinopathy. OS persistent dense VH. Repeat B-scan ultrasound OS showed no evidence of retinal tear or detachment. Moderate central VH with hyaloidal layering with dynamic ultrasound characteristics consistent with partially elevated posterior hyaloid. Patient instructed to sleep with head of bed elevated.

2. Proliferative Diabetic Retinopathy OU. Extensive peripheral retinal nonperfusion in both eyes with scattered multifocal neovascularization clinically and angiographically.

3. Diabetes, Type II with Ocular Complications. Discussed with the patient the importance of good control of their blood sugar, blood pressure, cholesterol, diet, exercise, weight, and medication usage under the guidance of their diabetic doctor to prevent/halt diabetic retinopathy.

4. Nuclear Sclerosis OU. Minimal cataract; continue monitoring with Dr. Phoo.

**Other Discussion:** The absence of macula edema findings was communicated to provider. The level of diabetic retinopathy was communicated to provider.

**Specialty Meds (Final):** None.

**Follow Up:** Dr. Dadgostar 2 Weeks - Intermediate Exam; Macular OCT OS. Possible B-Scan OS.

**CPT Codes:** 92012.
**ICD-9 Codes:** 379.23u, 362.02u, 250.50, 366.16u.
**ICD-10 Codes:** H43.13u, E11.3593u, H25.13u
**Tech:** KE
**Assist:** eb

Signed: _____
Electronically signed by Hajir Dadgostar, MD, PhD

---

*Specializing in Diabetic Retinopathy | Macular Degeneration | Retinal Detachment | Macular Surgery | Ophthalmic Oncology*

☐ 16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436 • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐ 2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐ 23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐ 2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653

*www.theretinapartners.com | info@theretinapartners.com*



THOMAS HANSCOM, M.D.
ROBERT E. ENGSTROM, JR., M.D.
HAJIR DADGOSTAR, M.D., Ph.D.
AMIR H. GUERAMI, M.D.
CHRISTIAN SANFILIPPO, M.D.
STAVROS MOYSIDIS, M.D.

| Name | Chart# | DOB | Refer Doctor |
|---|---|---|---|
| Mr. Hugo Mejia | 31203 | 8/20/1971 (50 Years) | Aung-Zaw Phoo, O.D. |

| Date | Location | PCP | Insurance |
|---|---|---|---|
| 3/8/2021 | Encino | Ali Mohamed, MD | BSAB BLUE SHIELD OF CA/ LUCENTIS CO-PAY ASSISTANCE |

**Reason For Visit:** Follow Up - Vitreous Hemorrhage OU. Proliferative Diabetic Retinopathy OU.

**HPI:** CC: Blurred Vision OD > OS. Since Last Visit: no changes noted OD > OS. Location: central vision OD > OS. Severity: severe OS. Duration of Problem: since last visit. Quality: foggy OS. Associated Symptoms: floaters OS. Course: stable. Pertinent Negatives: No Flashes, Eye Pain, Shadow, Curtain, or Veil. Screening for COVID-19: No Close Contact to Anyone with Known COVID-19. Screening for COVID-19: No Close Contact w/ Anyone Exhibiting Symptoms: Fever,Cough,Sneezing/Runny Nose or Muscle/Joint Pain. Screening for COVID-19: No Cough. Screening for COVID-19: No Fever. Screening for COVID-19: No Muscle/Joint Pain. Screening for COVID-19: No Recent High Risk Travel. Screening for COVID-19: No Shortness of Breath/Difficulty Breathing. Screening for COVID-19: No Sneezing/Runny Nose. HPI obtained by Hajir Dadgostar, MD, PhD

**Secondary:** Diabetes, Type II with Ocular Complications. Nuclear Sclerosis OU.

**Specialty Meds (Initial):** None.

**Mental Status:** Alert and oriented x 3, appropriate mood/affect Hx Source: Patient LBS: 137 HA1c: 6.1

**PSFH/ROS Updated Date:** PSFH/ROS (Last Update: 3/8/21)

**Medical Hx:** Diabetes Type II. **Surgical Hx:** Noncontributory.

**Systemic Meds:** metformin. LIPITOR.

**Allergies:** NKDA.

**Family Hx:** Diabetes (Mother). Hypertension (Mother). **Social Hx:** Marital Status: Married. Smoking/Tobacco: Never Smoker. Alcohol: None. Substance Abuse: None. Occupation: IT Consultant. Fall Risk: No.

**ROS:** Ocular: See HPI. Allergy/Immunology: Negative. Cardiovascular: Negative. Constitutional: Negative. Endocrine: Diabetes Type II. Gastrointestinal: Negative. Genitourinary: Negative. Hematology/Oncology: Negative. HENT: Negative. Integumentary: Negative. Musculoskeletal: Negative. Neurologic: Negative. Psychiatric: Negative. Respiratory: Negative.

---

**VA** OD: Dcc20/30. PHNI.   **OS:** DccCF 1'.

**IOP:** TP   **OD:** 12   **OS:** 12                                                                                     2:04 PM

**Dilation:**
   Location: OU. Tech: KE. Time: 2:04 PM. Drops: Tropicamide 1%; Phenylephrine 2.5%; Proparacaine 0.5%.

| External | Right Eye | Left Eye |
|---|---|---|
| • Pupils | Round. Sluggish. No RAPD. 4mm. | Round. Sluggish. No RAPD. 4mm. |
| • Adnexa | | Normal Ocular Adnexa. |

| Anterior | Right Eye | Left Eye |
|---|---|---|
| • General | | |
| • L/C/S | | White and Quiet. |
| • Cornea | | Epithelium Intact. Clear Stroma. Clear Endothelium. |
| • Anterior Chamber | | Normal Depth. Quiet. |
| • Iris | | No Rubeosis. |
| • Lens | | Trace NS. |

*Specializing in Diabetic Retinopathy | Macular Degeneration | Retinal Detachment | Macular Surgery | Ophthalmic Oncology*

☐ 16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436 • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐ 2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA, 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐ 23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐ 2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653

www.theretinapartners.com | info@theretinapartners.com

| **Posterior** | **Right Eye** | **Left Eye** |
|---|---|---|
| • General | | Limited View Due to Vitreous Opacity. |
| • Nerve | | No View |
| • Vitreous | | Vitreous Hemorrhage. |
| • Retinal Vessels | | Avulsed Broken Retinal Vessel (Superotemporal). |
| • Macula | | No View |
| • Periphery | | Attached Superior Periphery. |

**B-Scan: Findings OS:** Initial Evaluation. Vitreous Opacities Consistent with Hemorrhage with Layering on Posterior Hyaloid. Focal Hyaloidal Attachments (Superotemporal and Superonasal). No Echographic Findings Consistent with a Retinal Detachment in Four Quadrants with Longitudinal and Transverse Views. No Mass or Choroidal Detachment. Comparative Data: No Significant Change Compared to Prior Study.

**Imp/Plan:**
1. Vitreous Hemorrhage OU. Secondary to proliferative retinopathy. OD stable to improving; OS worsening VH since last month. Repeat B-scan ultrasound OS showed no evidence of retinal tear or detachment. Moderate central VH with hyaloidal layering with dynamic ultrasound characteristics consistent with partially elevated posterior hyaloid. Patient instructed to sleep with head of bed elevated.
2. Proliferative Diabetic Retinopathy OU. Extensive peripheral retinal nonperfusion in both eyes with scattered multifocal neovascularization clinically and angiographically.
3. Diabetes, Type II with Ocular Complications. Discussed with the patient the importance of good control of their blood sugar, blood pressure, cholesterol, diet, exercise, weight, and medication usage under the guidance of their diabetic doctor to prevent/halt diabetic retinopathy.
4. Nuclear Sclerosis OU. Minimal cataract; continue monitoring with Dr. Phoo.

**Other Discussion:** The absence of macula edema findings was communicated to provider. The level of diabetic retinopathy was communicated to provider.

**Specialty Meds (Final):** None.

**Follow Up:** Dr. Dadgostar 2 Weeks - Intermediate Exam; Macular OCT OU.

**CPT Codes:** 92012.
**ICD-9 Codes:** 379.23u, 362.02u, 250.50, 366.16u.
**ICD-10 Codes:** H43.13u, E11.3593u, H25.13u
**Tech:** KE
**Assist:** eb

Signed: _____
Electronically signed by Hajir Dadgostar, MD, PhD

*Specializing in Diabetic Retinopathy | Macular Degeneration | Retinal Detachment | Macular Surgery | Ophthalmic Oncology*

☐ 16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436 • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐ 2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐ 23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐ 2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653

*www.theretinapartners.com | info@theretinapartners.com*



THOMAS HANSCOM, M.D.
ROBERT E. ENGSTROM, JR., M.D.
HAJIR DADGOSTAR, M.D., Ph.D.
AMIR H. GUERAMI, M.D.
CHRISTIAN SANFILIPPO, M.D.
STAVROS MOYSIDIS, M.D.

| Name | Chart# | DOB | Refer Doctor |
|---|---|---|---|
| Mr. Hugo Mejia | 31203 | 8/20/1971 (50 Years) | Aung-Zaw Phoo, O.D. |

| Date | Location | PCP | Insurance |
|---|---|---|---|
| 3/14/2022 | Encino | Ali Mohamed, MD | BSAB BLUE SHIELD OF CA/ LUCENTIS CO-PAY ASSISTANCE |

**Reason For Visit:** Follow Up – Proliferative Diabetic Retinopathy OU. Diabetic Macular Edema OU. Vitreous Hemorrhage OU.

**HPI:** CC: Blurred Vision OU. Since Last Visit: stable. Location: central vision OU. Severity: mild OU. Duration of Problem: since last visit. Associated Symptoms: floaters. Since Last Visit: no changes noted. Pertinent Negatives: No Flashes, Eye Pain, Shadow, Curtain, or Veil. Screening for COVID-19: No Close Contact to Anyone with Known COVID-19. Screening for COVID-19: No Close Contact w/ Anyone Exhibiting Symptoms: Fever,Cough,Sneezing/Runny Nose or Muscle/Joint Pain. Screening for COVID-19: No Cough. Screening for COVID-19: No Fever. Screening for COVID-19: No Muscle/Joint Pain. Screening for COVID-19: No Recent High Risk Travel. Screening for COVID-19: No Shortness of Breath/Difficulty Breathing. Screening for COVID-19: No Sneezing/Runny Nose. HPI obtained by Hajir Dadgostar, MD, PhD

**Secondary:** Diabetes, Type II with Ocular Complications. Nuclear Sclerosis OU.

**Specialty Meds (Initial):** None.

**Mental Status:** Alert and oriented x 3, appropriate mood/affect Hx Source: Patient LBS: 128 **HA1c:** 7.2 (Date: 2/2/22)

**PSFH/ROS Updated Date:** PSFH/ROS (Last Update: 3/14/22)

**Medical Hx:** Diabetes Type II. **Surgical Hx:** Noncontributory.

**Systemic Meds:** metformin. LIPITOR. Pt denies any new medication as of 2/9/22 (QH).

**Allergies:** NKDA.

**Family Hx:** Diabetes (Mother). Hypertension (Mother). **Social Hx:** Marital Status: Married. Smoking/Tobacco: Never Smoker. Alcohol: None. Substance Abuse: None. Occupation: IT Consultant. Fall Risk: No.

**ROS:** Ocular: See HPI. Allergy/Immunology: Negative. Cardiovascular: Negative. Constitutional: Negative. Endocrine: Diabetes Type II. Gastrointestinal: Negative. Genitourinary: Negative. Hematology/Oncology: Negative. HENT: Negative. Integumentary: Negative. Musculoskeletal: Negative. Neurologic: Negative. Psychiatric: Negative. Respiratory: Negative.

---

**VA** OD: Dcc20/40+1. PHNI.   **OS:** Dcc20/30-2. PHNI.
**IOP:** TP   **OD:** 04   **OS:** 04

11:26 AM

**Dilation:**
  **Location:** OU. **Tech:** KE. **Time:** 11:26 AM. **Drops:** Tropicamide 1%; Phenylephrine 2.5%; Proparacaine 0.5%.

| **External** | **Right Eye** | **Left Eye** |
|---|---|---|
| • Pupils | Round. Sluggish. No RAPD. 3mm. | Round. Sluggish. No RAPD. 3mm. |

| **Anterior** | **Right Eye** | **Left Eye** |
|---|---|---|
| • General | | |
| • L/C/S | White and Quiet. | White and Quiet. |
| • Cornea | Epithelium Intact. Clear Stroma. Clear Endothelium. | Epithelium Intact. Clear Stroma. Clear Endothelium. |
| • Anterior Chamber | Normal Depth. Quiet. | Normal Depth. Quiet. |
| • Iris | No Rubeosis. | No Rubeosis. |
| • Lens | Trace NS. | Trace NS. |

---

*Specializing in Diabetic Retinopathy | Macular Degeneration | Retinal Detachment | Macular Surgery | Ophthalmic Oncology*

☐ 16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436 • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐ 2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐ 23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐ 2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653
*www.theretinapartners.com | info@theretinapartners.com*

| Posterior | Right Eye | Left Eye |
|---|---|---|
| • General | | |
| • Nerve | No Disc Edema. No Disc Pallor. | No Disc Edema. No Disc Pallor. |
| • Vitreous | Mild Vitreous Hemorrhage (Inferior). | Improving Vitreous Hemorrhage. |
| • Retinal Vessels | Normal Caliber. Regressing Neovascularization Elsewhere (Nasal). | Avulsed Broken Retinal Vessel (Superotemporal). |
| • Macula | Scattered Dot/Blot Hemorrhages. Trace Lipid. Equivocal Macular Edema. | Grossly Flat Macula. |
| • Periphery | Panretinal Photocoagulation. No Holes or Tears. Attached 360 Degrees. | Panretinal Photocoagulation. No Holes or Tears. Attached 360 Degrees. |

**OCT Macula: Findings OD:** Equivocal Retinal Thickening Consistent with Macular Edema. No Evidence of Subretinal Fluid. **Findings OS:** Equivocal Retinal Thickening Consistent with Macular Edema. No Evidence of Subretinal Fluid.

**Imp/Plan:**
1. Proliferative Diabetic Retinopathy OU. Extensive peripheral retinal nonperfusion in both eyes with scattered multifocal neovascularization clinically and angiographically. NV appears to be regressing clinically. Receiving anti-VEGF Rx OU. Now improving clinically and doing well with extension of injection intervals. Pt will be incarcerated for about 6-9 months at a federal facility and is not sure if subspecialty retina care will be available. Pt's detention has been postponed and will start in April. Recommended PRP for both eyes as a precaution. Will plan for one more anti-VEGF injection OU to stabilize prior to pt's detention. PRP OD.
2. Diabetic Macular Edema OU. Trace lipid/edema will also be addressed by anti-VEGF Rx. Edema improving; continuing anti-VEGF Rx for retinopathy and residual exudates.
3. Vitreous Hemorrhage OU. Secondary to proliferative retinopathy. OS persistent dense VH but slowly improving. Patient instructed to sleep with head of bed elevated.
4. Diabetes, Type II with Ocular Complications. Discussed with the patient the importance of good control of their blood sugar, blood pressure, cholesterol, diet, exercise, weight, and medication usage under the guidance of their diabetic doctor to prevent/halt diabetic retinopathy.
5. Nuclear Sclerosis OU. Minimal cataract; continue monitoring with Dr. Phoo.

**Other Discussion:** The absence of macula edema findings was communicated to provider. The level of diabetic retinopathy was communicated to provider.

**Procedure:** PRP #2 OD. Diagnosis: Proliferative Diabetic Retinopathy. Anesthesia: Topical. Prior to PRP, risks/benefits/alternatives to laser discussed including loss of vision, decreased peripheral and night vision and patient wished to proceed. Spot size: LIO um. Power: 180mW. Number of pulses: 617. Patient tolerated procedure well. There were no complications. Post procedure instructions given..

**Specialty Meds (Final):** None.

**Follow Up:** Dr. Dadgostar 2 Weeks - Intermediate Exam; Macular OCT OU. Lucentis 0.3mg PFS OU.

**CPT Codes:** 92012. 92134. 67228RT.
**ICD-9 Codes:** 362.02u, 362.07u, 379.23u, 250.50, 366.16u.
**ICD-10 Codes:** E11.3513u, H43.13u, H25.13u
**Tech:** KE
**Assist:** JA

Signed: _____
Electronically signed by Hajir Dadgostar, MD, PhD

*Specializing in Diabetic Retinopathy | Macular Degeneration | Retinal Detachment | Macular Surgery | Ophthalmic Oncology*

☐ 16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436 • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐ 2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐ 23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐ 2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653

*www.theretinapartners.com | info@theretinapartners.com*



THOMAS HANSCOM, M.D.
ROBERT E. ENGSTROM, JR., M.D.
HAJIR DADGOSTAR, M.D., Ph.D.
AMIR H. GUERAMI, M.D.
CHRISTIAN SANFILIPPO, M.D.
STAVROS MOYSIDIS, M.D.

| Name | Chart# | DOB | Refer Doctor |
|------|--------|-----|--------------|
| Mr. Hugo Mejia | 31203 | 8/20/1971 (50 Years) | Aung-Zaw Phoo, O.D. |
| **Date** | **Location** | **PCP** | **Insurance** |
| 2/23/2022 | Encino | Ali Mohamed, MD | BSAB BLUE SHIELD OF CA/ LUCENTIS CO-PAY ASSISTANCE |

**Reason For Visit:** Follow Up – Diabetic Macular Edema OU. Vitreous Hemorrhage OU. Proliferative Diabetic Retinopathy OU.

**HPI:** CC: Blurred Vision OU. Severity: moderate OU. Duration of Problem: since last visit OU. Location: central vision OU. Associated Symptoms: floaters- no new floater, stable OS. Pertinent Negatives: No Flashes, Floaters, Shadow, Curtain, or Veil OU. Screening for COVID-19: No Close Contact to Anyone with Known COVID-19. Screening for COVID-19: No Close Contact w/ Anyone Exhibiting Symptoms: Fever,Cough,Sneezing/Runny Nose or Muscle/Joint Pain. Screening for COVID-19: No Fever. Screening for COVID-19: No Muscle/Joint Pain. Screening for COVID-19: No Recent High Risk Travel. Screening for COVID-19: No Shortness of Breath/Difficulty Breathing. Screening for COVID-19: No Sneezing/Runny Nose. HPI obtained by Hajir Dadgostar, MD, PhD

**Secondary:** Diabetes, Type II with Ocular Complications. Nuclear Sclerosis OU.

**Specialty Meds (Initial):** None.

**Mental Status:** Alert and oriented x 3, appropriate mood/affect **Hx Source:** Patient **LBS:** 128 **HA1c:** 7.2 (Date: 2/2/22)

**PSFH/ROS Updated Date:** PSFH/ROS (Last Update: 2/23/22)

**Medical Hx:** Diabetes Type II. **Surgical Hx:** Noncontributory.

**Systemic Meds:** metformin. LIPITOR. Pt denies any new medication as of 2/9/22 (QH).

**Allergies:** NKDA.

**Family Hx:** Diabetes (Mother). Hypertension (Mother). **Social Hx:** Marital Status: Married. Smoking/Tobacco: Never Smoker. Alcohol: None. Substance Abuse: None. Occupation: IT Consultant. Fall Risk: No.

**ROS:** Ocular: See HPI. Allergy/Immunology: Negative. Cardiovascular: Negative. Constitutional: Negative. Endocrine: Diabetes Type II. Gastrointestinal: Negative. Genitourinary: Negative. Hematology/Oncology: Negative. HENT: Negative. Integumentary: Negative. Musculoskeletal: Negative. Neurologic: Negative. Psychiatric: Negative. Respiratory: Negative.

---

**VA OD:** Dcc20/30-2.   **OS:** Dcc20/40.

**IOP:** TP   **OD:** 14   **OS:** 12                                                                              11:53 AM

**Dilation:**
   Location: OS. Tech: QH. Time: 11:53 AM. Drops: Tropicamide 1%; Phenylephrine 2.5%; Proparacaine 0.5%.

| External | Right Eye | Left Eye |
|----------|-----------|----------|
| • Pupils | Round. Sluggish. No RAPD. 3mm. | Round. Sluggish. No RAPD. 3mm. |
| • Adnexa | Normal Ocular Adnexa. | Normal Ocular Adnexa. |

| Anterior | Right Eye | Left Eye |
|----------|-----------|----------|
| • General | | |
| • L/C/S | | White and Quiet. |
| • Cornea | | Epithelium Intact. Clear Stroma. Clear Endothelium. |
| • Anterior Chamber | | Normal Depth. Quiet. |
| • Iris | | No Rubeosis. |
| • Lens | | Trace NS. |

---

*Specializing in Diabetic Retinopathy  |  Macular Degeneration  |  Retinal Detachment  |  Macular Surgery  |  Ophthalmic Oncology*

☐ 16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436 • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐ 2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐ 23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐ 2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653

www.theretinapartners.com | info@theretinapartners.com

| **Posterior** | **Right Eye** | **Left Eye** |
|---|---|---|
| • General | | |
| • Nerve | | No Disc Edema. No Disc Pallor. |
| • Vitreous | | Improving Vitreous Hemorrhage. |
| • Retinal Vessels | | Avulsed Broken Retinal Vessel (Superotemporal). |
| • Macula | | Grossly Flat Macula. |
| • Periphery | | Panretinal Photocoagulation. No Holes or Tears. Attached 360 Degrees. |

**OCT Macula: Findings OD:** Equivocal Retinal Thickening Consistent with Macular Edema. No Evidence of Subretinal Fluid. **Findings OS:** Equivocal Retinal Thickening Consistent with Macular Edema. No Evidence of Subretinal Fluid.

**Imp/Plan:**
1. Proliferative Diabetic Retinopathy OU. Extensive peripheral retinal nonperfusion in both eyes with scattered multifocal neovascularization clinically and angiographically. Receiving anti-VEGF Rx OU. Now improving clinically and doing well with extension of injection intervals. Pt will be incarcerated for about 6-9 months at a federal facility and is not sure if subspecialty retina care will be available. Pt's detention has been postponed and will start in April. Recommended PRP for both eyes as a precaution. PRP OS.
2. Diabetic Macular Edema OU. Trace lipid/edema will also be addressed by anti-VEGF Rx. Edema improving; continuing anti-VEGF Rx for retinopathy and residual exudates. Rx/ext to 10 weeks.
3. Vitreous Hemorrhage OU. Secondary to proliferative retinopathy. OS persistent dense VH but slowly improving. Patient instructed to sleep with head of bed elevated.
4. Diabetes, Type II with Ocular Complications. Discussed with the patient the importance of good control of their blood sugar, blood pressure, cholesterol, diet, exercise, weight, and medication usage under the guidance of their diabetic doctor to prevent/halt diabetic retinopathy.
5. Nuclear Sclerosis OU. Minimal cataract; continue monitoring with Dr. Phoo.

**Other Discussion:** The absence of macula edema findings was communicated to provider. The level of diabetic retinopathy was communicated to provider.

**Procedure:** PRP #2 OS. Diagnosis: Proliferative Diabetic Retinopathy. Anesthesia: Topical. Prior to PRP, risks/benefits/alternatives to laser discussed including loss of vision, decreased peripheral and night vision and patient wished to proceed. Spot size: LIO um. Power: 250 mW. Number of pulses: 889. Patient tolerated procedure well. There were no complications. Post procedure instructions given..

**Specialty Meds (Final):** None.

**Follow Up:** Dr. Dadgostar 2-3 Weeks - Intermediate Exam; Macular OCT OU. PRP OD.

**CPT Codes:** 67228LT.
**ICD-9 Codes:** 362.02u, 362.07u, 379.23u, 250.50, 366.16u.
**ICD-10 Codes:** E11.3513u, H43.13u, H25.13u
**Tech:** QH
**Assist:** JA

Signed: _____

Electronically signed by Hajir Dadgostar, MD, PhD

*Specializing in Diabetic Retinopathy | Macular Degeneration | Retinal Detachment | Macular Surgery | Ophthalmic Oncology*

☐ 16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436 • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐ 2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐ 23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐ 2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653

*www.theretinapartners.com | info@theretinapartners.com*



**THE RETINA PARTNERS**

THOMAS HANSCOM, M.D.
ROBERT E. ENGSTROM, JR., M.D.
HAJIR DADGOSTAR, M.D., Ph.D.
AMIR H. GUERAMI, M.D.
CHRISTIAN SANFILIPPO, M.D.
STAVROS MOYSIDIS, M.D.

| Name | Chart# | DOB | Refer Doctor |
|------|--------|-----|--------------|
| Mr. Hugo Mejia | 31203 | 8/20/1971 (50 Years) | Aung-Zaw Phoo, O.D. |

| Date | Location | PCP | Insurance |
|------|----------|-----|-----------|
| 2/9/2022 | Encino | Ali Mohamed, MD | BSAB BLUE SHIELD OF CA/ LUCENTIS CO-PAY ASSISTANCE |

**Reason For Visit:** Follow Up - Vitreous Hemorrhage OU. Proliferative Diabetic Retinopathy OU.

**HPI:** CC: Blurred Vision OU. Location: central vision OU. Severity: mild OU. Duration of Problem: since last visit OU. Associated Symptoms: no eye pain OU. Course: stable OU. Pertinent Negatives: No Flashes, Floaters, Shadow, Curtain, or Veil OU. Screening for COVID-19: No Close Contact to Anyone with Known COVID-19. Screening for COVID-19: No Close Contact w/ Anyone Exhibiting Symptoms: Fever,Cough,Sneezing/Runny Nose or Muscle/Joint Pain. Screening for COVID-19: No Cough. Screening for COVID-19: No Fever. Screening for COVID-19: No Muscle/Joint Pain. Screening for COVID-19: No Recent High Risk Travel. Screening for COVID-19: No Shortness of Breath/Difficulty Breathing. Screening for COVID-19: No Sneezing/Runny Nose. HPI obtained by Hajir Dadgostar, MD, PhD

**Secondary:** Diabetic Macular Edema OU. Diabetes, Type II with Ocular Complications. Nuclear Sclerosis OU.

**Specialty Meds (Initial):** None.

**Mental Status:** Alert and oriented x 3, appropriate mood/affect Hx Source: Patient LBS: 127 HA1c: 7.2 (Date: 2/2/22)

**PSFH/ROS Updated Date:** PSFH/ROS (Last Update: 2/9/22)

**Medical Hx:** Diabetes Type II. **Surgical Hx:** Noncontributory.

**Systemic Meds:** metformin. LIPITOR. Pt denies any new medication as of 2/9/22 (QH).

**Allergies:** NKDA.

**Family Hx:** Diabetes (Mother). Hypertension (Mother). **Social Hx:** Marital Status: Married. Smoking/Tobacco: Never Smoker. Alcohol: None. Substance Abuse: None. Occupation: IT Consultant. Fall Risk: No.

**ROS:** Ocular: See HPI. Allergy/Immunology: Negative. Cardiovascular: Negative. Constitutional: Negative. Endocrine: Diabetes Type II. Gastrointestinal: Negative. Genitourinary: Negative. Hematology/Oncology: Negative. HENT: Negative. Integumentary: Negative. Musculoskeletal: Negative. Neurologic: Negative. Psychiatric: Negative. Respiratory: Negative.

---

**VA OD:** Dcc20/30-3.   **OS:** Dcc20/30-2.

**IOP:** TP   **OD:** 12   **OS:** 14                                                                                    11:09 AM

**Dilation:**
Location: OU. Tech: KE. Time: 11:09 AM. Drops: Tropicamide 1%; Phenylephrine 2.5%; Proparacaine 0.5%.

| External | Right Eye | Left Eye |
|----------|-----------|----------|
| • Pupils | Round. Sluggish. No RAPD. 3mm. | Round. Sluggish. No RAPD. 3mm. |
| • Adnexa | Normal Ocular Adnexa. | Normal Ocular Adnexa. |

| Anterior | Right Eye | Left Eye |
|----------|-----------|----------|
| • General | | |
| • L/C/S | White and Quiet. | White and Quiet. |
| • Cornea | Epithelium Intact. Clear Stroma. Clear Endothelium. | Epithelium Intact. Clear Stroma. Clear Endothelium. |
| • Anterior Chamber | Normal Depth. Quiet. | Normal Depth. Quiet. |
| • Iris | No Rubeosis. | No Rubeosis. |
| • Lens | Trace NS. | Trace NS. |

---

*Specializing in Diabetic Retinopathy | Macular Degeneration | Retinal Detachment | Macular Surgery | Ophthalmic Oncology*

☐ 16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436 • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐ 2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐ 23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐ 2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653

*www.theretinapartners.com | info@theretinapartners.com*

| **Posterior** | **Right Eye** | **Left Eye** |
|---|---|---|
| • General | | |
| • Nerve | No Disc Edema. No Disc Pallor. | No Disc Edema. No Disc Pallor. |
| • Vitreous | Mild Vitreous Hemorrhage (Inferior). | Improving Vitreous Hemorrhage. |
| • Retinal Vessels | Normal Caliber. Neovascularization Elsewhere (Nasal). | Avulsed Broken Retinal Vessel (Superotemporal). |
| • Macula | Scattered Dot/Blot Hemorrhages. Trace Lipid. Equivocal Macular Edema. | Grossly Flat Macula. |
| • Periphery | Panretinal Photocoagulation. No Holes or Tears. Attached 360 Degrees. | Panretinal Photocoagulation. No Holes or Tears. Attached 360 Degrees. |

**OCT Macula: Findings OD:** Equivocal Retinal Thickening Consistent with Macular Edema. No Evidence of Subretinal Fluid. **Findings OS:** Equivocal Retinal Thickening Consistent with Macular Edema. No Evidence of Subretinal Fluid.

**Imp/Plan:**

1. Diabetic Macular Edema OU. Trace lipid/edema will also be addressed by anti-VEGF Rx. Edema improving; continuing anti-VEGF Rx for retinopathy and residual exudates. Recommended Lucentis 0.3 injection OU. Rx/ext to 10 weeks.

2. Vitreous Hemorrhage OU. Secondary to proliferative retinopathy. OS persistent dense VH but slowly improving. Patient instructed to sleep with head of bed elevated.

3. Proliferative Diabetic Retinopathy OU. Extensive peripheral retinal nonperfusion in both eyes with scattered multifocal neovascularization clinically and angiographically. Recommend anti-VEGF Rx OU. Now improving clinically and doing well with extension of injection intervals. Pt will be incarcerated for about 6-9 months at a federal facility and is not sure if subspecialty retina care will be available. Pt's detention has been postponed and will start in April. Recommended PRP for both eyes as a precaution.

4. Diabetes, Type II with Ocular Complications. Discussed with the patient the importance of good control of their blood sugar, blood pressure, cholesterol, diet, exercise, weight, and medication usage under the guidance of their diabetic doctor to prevent/halt diabetic retinopathy.

5. Nuclear Sclerosis OU. Minimal cataract; continue monitoring with Dr. Phoo.

**Other Discussion:** The absence of macula edema findings was communicated to provider. The level of diabetic retinopathy was communicated to provider.

**Procedure:** Lucentis 0.3mg PFS #11 OD. Diagnosis: Diabetic Macular Edema. Anesthesia: Topical/Subconjunctival. Prep: Betadine Prep. Intravitreal injection of Lucentis 0.3mg/0.05 ml was given. Injection site: 3-4 mm from the limbus. Patient tolerated the procedure well. There were no complications. CF vision checked. Post procedure instructions given. Tracking # l3p-0001959. Any residual medication discarded..

**Procedure:** Lucentis 0.3mg PFS #11 OS. Diagnosis: Diabetic Macular Edema. Anesthesia: Topical/Subconjunctival. Prep: Betadine Prep. Intravitreal injection of Lucentis 0.3mg/0.05 ml was given. Injection site: 3-4 mm from the limbus. Patient tolerated the procedure well. There were no complications. CF vision checked. Post procedure instructions given. Tracking # l3p-0001966. Any residual medication discarded..

**Specialty Meds (Final):** None.

**Follow Up:** Dr. Dadgostar 1-2 Weeks - Intermediate Exam OS. OCT Macula OU. PRP OS.

**CPT Codes:** 92134. 67028B. LUC6PFSY.
**ICD-9 Codes:** 362.07u, 379.23u, 362.02u, 250.50, 366.16u.
**ICD-10 Codes:** E11.3513u, H43.13u, H25.13u

**Signed:** _____

Electronically signed by Hajir Dadgostar, MD, PhD

**Tech:** KE
**Assist:** JA

*Specializing in Diabetic Retinopathy  |  Macular Degeneration  |  Retinal Detachment  |  Macular Surgery  |  Ophthalmic Oncology*

☐  16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436  • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐  2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404  • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐  23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐  2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653

www.theretinapartners.com | info@theretinapartners.com



THOMAS HANSCOM, M.D.
ROBERT E. ENGSTROM, JR., M.D.
HAJIR DADGOSTAR, M.D., Ph.D.
AMIR H. GUERAMI, M.D.
CHRISTIAN SANFILIPPO, M.D.
STAVROS MOYSIDIS, M.D.

| Name | Chart# | DOB | Refer Doctor |
|---|---|---|---|
| Mr. Hugo Mejia | 31203 | 8/20/1971 (50 Years) | Aung-Zaw Phoo, O.D. |
| Date | Location | PCP | Insurance |
| 2/2/2022 | Encino | Ali Mohamed, MD | BSAB BLUE SHIELD OF CA/ LUCENTIS CO-PAY ASSISTANCE |

**Reason For Visit:** Follow Up - Vitreous Hemorrhage OU. Proliferative Diabetic Retinopathy OU.
**HPI:** CC: Blurred Vision OD. Severity: mild OD. Location: central vision OD. Course: stable OD. Duration of Problem: since last visit. Associated Symptoms: no eye pain OD. Pertinent Negatives: No Flashes, Floaters, Shadow, Curtain, or Veil. Screening for COVID-19: No Close Contact to Anyone with Known COVID-19. Screening for COVID-19: No Cough. Screening for COVID-19: No Muscle/Joint Pain. Screening for COVID-19: No Shortness of Breath/Difficulty Breathing. HPI obtained by Hajir Dadgostar, MD, PhD
**Secondary:** Diabetic Macular Edema OU. Diabetes, Type II with Ocular Complications. Nuclear Sclerosis OU.
**Specialty Meds (Initial):** None.
**Mental Status:** Alert and oriented x 3, appropriate mood/affect Hx Source: Patient LBS: 127 HA1c: 7.2 (Date: 2/2/22)
**PSFH/ROS Updated Date:** PSFH/ROS (Last Update: 2/2/22)
**Medical Hx:** Diabetes Type II. **Surgical Hx:** Noncontributory.
**Systemic Meds:** metformin. LIPITOR. Pt denies any new medication as of 12/01/2021 (GH).
**Allergies:** NKDA.
**Family Hx:** Diabetes (Mother). Hypertension (Mother). **Social Hx:** Marital Status: Married. Smoking/Tobacco: Never Smoker. Alcohol: None. Substance Abuse: None. Occupation: IT Consultant. Fall Risk: No.
**ROS:** Ocular: See HPI. Allergy/Immunology: Negative. Cardiovascular: Negative. Constitutional: Negative. Endocrine: Diabetes Type II. Gastrointestinal: Negative. Genitourinary: Negative. Hematology/Oncology: Negative. HENT: Negative. Integumentary: Negative. Musculoskeletal: Negative. Neurologic: Negative. Psychiatric: Negative. Respiratory: Negative.

**VA OD:** Dcc20/20-2.  **OS:** Dcc20/25-2. PHNI.
**IOP:** TP  **OD:** 10  **OS:** 13                                                                                                11:24 AM

**Dilation:**
   **Location:** OD. **Tech:** JM. **Time:** 11:24 AM. **Drops:** Tropicamide 1%; Phenylephrine 2.5%; Proparacaine 0.5%.

| External | Right Eye | Left Eye |
|---|---|---|
| • Pupils | Round. Sluggish. No RAPD. 4mm. | Round. Sluggish. No RAPD. 4mm. |
| • Adnexa | Normal Ocular Adnexa. | Normal Ocular Adnexa. |

| Anterior | Right Eye | Left Eye |
|---|---|---|
| • General | | |
| • L/C/S | White and Quiet. | White and Quiet. |
| • Cornea | Epithelium Intact. Clear Stroma. Clear Endothelium. | Epithelium Intact. Clear Stroma. Clear Endothelium. |
| • Anterior Chamber | Normal Depth. Quiet. | Normal Depth. Quiet. |
| • Iris | No Rubeosis. | No Rubeosis. |
| • Lens | Trace NS. | Trace NS. |

---

*Specializing in Diabetic Retinopathy | Macular Degeneration | Retinal Detachment | Macular Surgery | Ophthalmic Oncology*

☐ 16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436 • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐ 2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐ 23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐ 2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653
www.theretinapartners.com | info@theretinapartners.com

| Posterior | Right Eye | Left Eye |
|---|---|---|
| • General | | |
| • Nerve | No Disc Edema. No Disc Pallor. | No Disc Edema. No Disc Pallor. |
| • Vitreous | Mild Vitreous Hemorrhage (Inferior). | Improving Vitreous Hemorrhage. |
| • Retinal Vessels | Normal Caliber. Neovascularization Elsewhere (Nasal). | Avulsed Broken Retinal Vessel (Superotemporal). |
| • Macula | Scattered Dot/Blot Hemorrhages. Trace Lipid. Equivocal Macular Edema. | Grossly Flat Macula. |
| • Periphery | No Holes or Tears. Attached 360 Degrees. | Panretinal Photocoagulation. No Holes or Tears. Attached 360 Degrees. |

**OCT Macula: Findings OD:** Equivocal Retinal Thickening Consistent with Macular Edema. No Evidence of Subretinal Fluid. **Findings OS:** Equivocal Retinal Thickening Consistent with Macular Edema. No Evidence of Subretinal Fluid.

**Imp/Plan:**
1. Vitreous Hemorrhage OU. Secondary to proliferative retinopathy. OS persistent dense VH but slowly improving. Patient instructed to sleep with head of bed elevated.
2. Proliferative Diabetic Retinopathy OU. Extensive peripheral retinal nonperfusion in both eyes with scattered multifocal neovascularization clinically and angiographically. Recommend anti-VEGF Rx OU. Now improving clinically and doing well with extension of injection intervals. Pt will be incarcerated for about 6-9 months at a federal facility and is not sure if subspecialty retina care will be available.  Pt's detention has been postponed and will start in April. Recommended PRP for both eyes as a precaution. PRP OD today.
3. Diabetic Macular Edema OU. Trace lipid/edema will also be addressed by anti-VEGF Rx. Edema improving; continuing anti-VEGF Rx for retinopathy and residual exudates. Rx/ext to 10 weeks.
4. Diabetes, Type II with Ocular Complications. Discussed with the patient the importance of good control of their blood sugar, blood pressure, cholesterol, diet, exercise, weight, and medication usage under the guidance of their diabetic doctor to prevent/halt diabetic retinopathy.
5. Nuclear Sclerosis OU. Minimal cataract; continue monitoring with Dr. Phoo.

**Other Discussion:** The absence of macula edema findings was communicated to provider. The level of diabetic retinopathy communicated to provider.

**Procedure:** PRP #1 OD. Diagnosis: Vitreous Hemorrhage. Anesthesia: Topical. Prior to PRP, risks/benefits/alternatives to laser discussed including loss of vision, decreased peripheral and night vision and patient wished to proceed. Spot size: LIO um. Power: 300 mW. Number of pulses: 816. Patient tolerated procedure well. There were no complications. Post procedure instructions given..

**Specialty Meds (Final):** None.

**Follow Up:** Dr. Dadgostar As Scheduled.

**CPT Codes:** 67228RT.
**ICD-9 Codes:** 379.23u, 362.02u, 362.07u, 250.50, 366.16u.
**ICD-10 Codes:** H43.13u, E11.3513u, H25.13u
**Tech:** JM
**Assist:** JA

Signed: _____
Electronically signed by Hajir Dadgostar, MD, PhD

---

*Specializing in Diabetic Retinopathy  |  Macular Degeneration  |  Retinal Detachment  |  Macular Surgery  |  Ophthalmic Oncology*

☐ 16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436 • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐ 2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐ 23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐ 2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653
*www.theretinapartners.com | info@theretinapartners.com*



THOMAS HANSCOM, M.D.
ROBERT E. ENGSTROM, JR., M.D.
HAJIR DADGOSTAR, M.D., Ph.D.
AMIR H. GUERAMI, M.D.
CHRISTIAN SANFILIPPO, M.D.
STAVROS MOYSIDIS, M.D.

| Name | Chart# | DOB | Refer Doctor |
|---|---|---|---|
| Mr. Hugo Mejia | 31203 | 8/20/1971 (50 Years) | Aung-Zaw Phoo, O.D. |
| Date | Location | PCP | Insurance |
| 12/15/2021 | Encino | Ali Mohamed, MD | BSAB BLUE SHIELD OF CA/ LUCENTIS CO-PAY ASSISTANCE |

**Reason For Visit:** Follow Up - Vitreous Hemorrhage OU. Proliferative Diabetic Retinopathy OU.

**HPI:** CC: Blurred Vision OS. Severity: mild OS. Location: central vision OS. Course: improving OS. Duration of Problem: since last visit OS. Associated Symptoms: floaters OS. Severity: mild OS. Location: entire field of vision OS. Course: constant OS. Duration of Problem: since last visit OS. Pertinent Negatives: No Flashes, Eye Pain , Shadow, Curtain, or Veil. Screening for COVID-19: No Close Contact to Anyone with Known COVID-19. Screening for COVID-19: No Close Contact w/ Anyone Exhibiting Symptoms: Fever,Cough,Sneezing/Runny Nose or Muscle/Joint Pain. Screening for COVID-19: No Fever. Screening for COVID-19: No Shortness of Breath/Difficulty Breathing. HPI obtained by Hajir Dadgostar, MD, PhD

**Secondary:** Diabetic Macular Edema OU. Diabetes, Type II with Ocular Complications. Nuclear Sclerosis OU.

**Specialty Meds (Initial):** None.

**PSFH/ROS Updated Date:** PSFH/ROS (Last Update: 12/15/21)

**Medical Hx:** Diabetes Type II. **Surgical Hx:** Noncontributory.

**Systemic Meds:** metformin. LIPITOR. Pt denies any new medication as of 12/01/2021 (GH).

**Allergies:** NKDA.

**Family Hx:** Diabetes (Mother). Hypertension (Mother). **Social Hx:** Marital Status: Married. Smoking/Tobacco: Never Smoker. Alcohol: None. Substance Abuse: None. Occupation: IT Consultant. Fall Risk: No.

**ROS:** Ocular: See HPI. Allergy/Immunology: Negative. Cardiovascular: Negative. Constitutional: Negative. Endocrine: Diabetes Type II. Gastrointestinal: Negative. Genitourinary: Negative. Hematology/Oncology: Negative. HENT: Negative. Integumentary: Negative. Musculoskeletal: Negative. Neurologic: Negative. Psychiatric: Negative. Respiratory: Negative.

---

**VA OD:** Dcc20/20-2.   **OS:** Dcc20/25-2. PHNI.
**IOP:** TP   **OD:** 16   **OS:** 16                                                     11:18 AM

**Dilation:**
    **Location:** OS. **Tech:** JM. **Time:** 11:18 AM. **Drops:** Tropicamide 1%; Phenylephrine 2.5%; Proparacaine 0.5%.

| **External** | **Right Eye** | **Left Eye** |
|---|---|---|
| • Pupils | Round. Brisk. No RAPD. 4mm. | Round. Brisk. No RAPD. 4mm. |
| • Adnexa | Normal Ocular Adnexa. | Normal Ocular Adnexa. |

| **Anterior** | **Right Eye** | **Left Eye** |
|---|---|---|
| • General | | |
| • L/C/S | | White and Quiet. |
| • Cornea | | Epithelium Intact. Clear Stroma. Clear Endothelium. |
| • Anterior Chamber | | Normal Depth. Quiet. |
| • Iris | | No Rubeosis. |
| • Lens | | Trace NS. |

---

*Specializing in Diabetic Retinopathy | Macular Degeneration | Retinal Detachment | Macular Surgery | Ophthalmic Oncology*

☐ 16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436 • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐ 2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐ 23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐ 2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653

*www.theretinapartners.com | info@theretinapartners.com*

| Posterior | Right Eye | Left Eye |
|---|---|---|
| • General | | |
| • Nerve | | No Disc Edema. No Disc Pallor. |
| • Vitreous | | Improving Vitreous Hemorrhage. |
| • Retinal Vessels | | Avulsed Broken Retinal Vessel (Superotemporal). |
| • Macula | | Grossly Flat Macula. |
| • Periphery | | No Holes or Tears. Attached 360 Degrees. |

**OCT Macula: Findings OD:** Equivocal Retinal Thickening Consistent with Macular Edema. No Evidence of Subretinal Fluid. **Findings OS:** Equivocal Retinal Thickening Consistent with Macular Edema. No Evidence of Subretinal Fluid.

**Imp/Plan:**

1. Vitreous Hemorrhage OU. Secondary to proliferative retinopathy. OS persistent dense VH but slowly improving. Patient instructed to sleep with head of bed elevated.

2. Proliferative Diabetic Retinopathy OU. Extensive peripheral retinal nonperfusion in both eyes with scattered multifocal neovascularization clinically and angiographically. Recommend anti-VEGF Rx OU. Now improving clinically and doing well with extension of injection intervals. Pt will be incarcerated for about 6-9 months at a federal facility and is not sure if subspecialty retina care will be available. Discussed this in terms of planning for possible interruption in his retinopathy care. Recommended PRP for both eyes as a precaution. PRP OS today.

3. Diabetic Macular Edema OU. Trace lipid/edema will also be addressed by anti-VEGF Rx. Edema improving; continuing anti-VEGF Rx for retinopathy and residual exudates. Rx/ext to 10 weeks.

4. Diabetes, Type II with Ocular Complications. Discussed with the patient the importance of good control of their blood sugar, blood pressure, cholesterol, diet, exercise, weight, and medication usage under the guidance of their diabetic doctor to prevent/halt diabetic retinopathy.

5. Nuclear Sclerosis OU. Minimal cataract; continue monitoring with Dr. Phoo.

**Other Discussion:** The absence of macula edema findings was communicated to provider. The level of diabetic retinopathy was communicated to provider.

**Procedure:** PRP #1 OS. Diagnosis: Vitreous Hemorrhage. Anesthesia: Topical. Prior to PRP, risks/benefits/alternatives to laser discussed including loss of vision, decreased peripheral and night vision and patient wished to proceed. Spot size: LIO um. Power: 500 mW. Number of pulses: 904. Patient tolerated procedure well. There were no complications. Post procedure instructions given..

**Specialty Meds (Final):** None.

**Follow Up:** Dr. Dadgostar 1 Month - Intermediate Exam OD. OCT Macula OU. PRP OD.

**CPT Codes:** 92012. 92134. 67228LT.
**ICD-9 Codes:** 379.23u, 362.02u, 362.07u, 250.50, 366.16u.
**ICD-10 Codes:** H43.13u, E11.3513u, H25.13u
**Tech:** JM
**Assist:** JA

Signed: _____

Electronically signed by Hajir Dadgostar, MD, PhD

*Specializing in Diabetic Retinopathy | Macular Degeneration | Retinal Detachment | Macular Surgery | Ophthalmic Oncology*

☐ 16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436  • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐ 2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐ 23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐ 2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653

*www.theretinapartners.com | info@theretinapartners.com*



THOMAS HANSCOM, M.D.
ROBERT E. ENGSTROM, JR., M.D.
HAJIR DADGOSTAR, M.D., Ph.D.
AMIR H. GUERAMI, M.D.
CHRISTIAN SANFILIPPO, M.D.
STAVROS MOYSIDIS, M.D.

| Name | Chart# | DOB | Refer Doctor |
|---|---|---|---|
| Mr. Hugo Mejia | 31203 | 8/20/1971 (50 Years) | Aung-Zaw Phoo, O.D. |

| Date | Location | PCP | Insurance |
|---|---|---|---|
| 12/1/2021 | Encino | Ali Mohamed, MD | BSAB BLUE SHIELD OF CA/ LUCENTIS CO-PAY ASSISTANCE |

**Reason For Visit:** Follow Up - Vitreous Hemorrhage OU. Proliferative Diabetic Retinopathy OU.
**HPI:** Screening for COVID-19: No Close Contact to Anyone with Known COVID-19. Screening for COVID-19: No Close Contact w/ Anyone Exhibiting Symptoms: Fever,Cough,Sneezing/Runny Nose or Muscle/Joint Pain. Screening for COVID-19: No Cough. Screening for COVID-19: No Shortness of Breath/Difficulty Breathing. CC: Blurred Vision OU. Severity: moderate. Location: entire field of vision. Duration of Problem: since last visit. Associated Symptoms: no eye pain. Course: stable. Pertinent Negatives: No Flashes, Shadow, Curtain, or Veil. HPI obtained by Hajir Dadgostar, MD, PhD
**Secondary:** Diabetic Macular Edema OU. Diabetes, Type II with Ocular Complications. Nuclear Sclerosis OU.
**Specialty Meds (Initial):** None.
**Mental Status:** Alert and oriented x 3, appropriate mood/affect Hx Source: Patient LBS: 138 HA1c: 6.8
**PSFH/ROS Updated Date:** PSFH/ROS (Last Update: 12/1/21)
**Medical Hx:** Diabetes Type II. **Surgical Hx:** Noncontributory.
**Systemic Meds:** metformin. LIPITOR. Pt denies any new medication as of 12/01/2021 (GH).
**Allergies:** NKDA.
**Family Hx:** Diabetes (Mother). Hypertension (Mother). **Social Hx:** Marital Status: Married. Smoking/Tobacco: Never Smoker. Alcohol: None. Substance Abuse: None. Occupation: IT Consultant. Fall Risk: No.
**ROS:** Ocular: See HPI. Allergy/Immunology: Negative. Cardiovascular: Negative. Constitutional: Negative. Endocrine: Diabetes Type II. Gastrointestinal: Negative. Genitourinary: Negative. Hematology/Oncology: Negative. HENT: Negative. Integumentary: Negative. Musculoskeletal: Negative. Neurologic: Negative. Psychiatric: Negative. Respiratory: Negative.

---

**VA OD:** Dcc20/30. PHNI.   **OS:** Dcc20/40-1. PHNI.
**IOP:** TP   **OD:** 13   **OS:** 12                                                                  11:28 AM

**Dilation:**
   **Location:** OU. **Tech:** BM. **Time:** 11:28 AM. **Drops:** Tropicamide 1%; Phenylephrine 2.5%; Proparacaine 0.5%.
**Extended HPI:** "Pt states sees mild floaters OS  same as always maybe less today "

| External | Right Eye | Left Eye |
|---|---|---|
| • Pupils | Round. Sluggish. No RAPD. 4mm. | Round. Sluggish. No RAPD. 4mm. |
| • Adnexa | Normal Ocular Adnexa. | Normal Ocular Adnexa. |

| Anterior | Right Eye | Left Eye |
|---|---|---|
| • General | | |
| • L/C/S | White and Quiet. | White and Quiet. |
| • Cornea | Epithelium Intact. Clear Stroma. Clear Endothelium. | Epithelium Intact. Clear Stroma. Clear Endothelium. |
| • Anterior Chamber | Normal Depth. Quiet. | Normal Depth. Quiet. |
| • Iris | No Rubeosis. | No Rubeosis. |
| • Lens | Trace NS. | Trace NS. |

---

*Specializing in Diabetic Retinopathy  |  Macular Degeneration  |  Retinal Detachment  |  Macular Surgery  |  Ophthalmic Oncology*

☐  16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436 • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐  2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐  23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐  2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653
www.theretinapartners.com | info@theretinapartners.com

| **Posterior** | **Right Eye** | **Left Eye** |
|---|---|---|
| • General | | |
| • Nerve | No Disc Edema. No Disc Pallor. | No Disc Edema. No Disc Pallor. |
| • Vitreous | Mild Vitreous Hemorrhage (Inferior). | Improving Vitreous Hemorrhage. |
| • Retinal Vessels | Normal Caliber. Neovascularization Elsewhere (Nasal). | Avulsed Broken Retinal Vessel (Superotemporal). |
| • Macula | Scattered Dot/Blot Hemorrhages. Trace Lipid. Equivocal Macular Edema. | Grossly Flat Macula. |
| • Periphery | No Holes or Tears. Attached 360 Degrees. | No Holes or Tears. Attached 360 Degrees. |

**OCT Macula: Findings OD:** Equivocal Retinal Thickening Consistent with Macular Edema. No Evidence of Subretinal Fluid. **Findings OS:** Equivocal Retinal Thickening Consistent with Macular Edema. No Evidence of Subretinal Fluid.

**Imp/Plan:**
1. Vitreous Hemorrhage OU. Secondary to proliferative retinopathy. OS persistent dense VH but slowly improving. Patient instructed to sleep with head of bed elevated.
2. Proliferative Diabetic Retinopathy OU. Extensive peripheral retinal nonperfusion in both eyes with scattered multifocal neovascularization clinically and angiographically. Recommend anti-VEGF Rx OU. Now improving clinically and doing well with extension of injection intervals. Pt will be incarcerated for about 6-9 months at a federal facility and is not sure if subspecialty retina care will be available. Discussed this in terms of planning for possible interruption in his retinopathy care.  Recommended PRP for both eyes as a precaution.
3. Diabetic Macular Edema OU. Trace lipid/edema will also be addressed by anti-VEGF Rx. Edema improving; continuing anti-VEGF Rx for retinopathy and residual exudates. Recommended Lucentis 0.3 injection OU. Rx/ext to 10 weeks.
4. Diabetes, Type II with Ocular Complications. Discussed with the patient the importance of good control of their blood sugar, blood pressure, cholesterol, diet, exercise, weight, and medication usage under the guidance of their diabetic doctor to prevent/halt diabetic retinopathy.
5. Nuclear Sclerosis OU. Minimal cataract; continue monitoring with Dr. Phoo.

**Other Discussion:** The absence of macula edema findings was communicated to provider. The level of diabetic retinopathy was communicated to provider.

**Procedure:** Lucentis 0.3mg PFS (Charity) #10 OD. Diagnosis: Diabetic Macular Edema. Anesthesia: Topical/Subconjunctival. Intravitreal injection of Lucentis 0.3mg/0.05 ml was given. Injection site: 3-4 mm from the limbus. Patient tolerated the procedure well. There were no complications. CF vision checked. Post procedure instructions given. Tracking # L3p-0001865...

**Procedure:** Lucentis 0.3mg PFS (Charity) #10 OS. Diagnosis: Diabetic Macular Edema. Anesthesia: Topical/Subconjunctival. Intravitreal injection of Lucentis 0.3mg/0.05 ml was given. Injection site: 3-4 mm from the limbus. Patient tolerated the procedure well. There were no complications. CF vision checked. Post procedure instructions given. Tracking # l3p-0001857..

**Specialty Meds (Final):** None.

**Follow Up:** Dr. Dadgostar 1-2 Weeks - Intermediate Exam OS. OCT Macula OU. PRP OS. Dr. Dadgostar 10 Weeks - Intermediate Exam; Macular OCT OU. Lucentis 0.3mg PFS OU.

**CPT Codes:** 92012. 92134. 67028B. LUC6PFSY.
**ICD-9 Codes:** 379.23u, 362.02u, 362.07u, 250.50, 366.16u.
**ICD-10 Codes:** H43.13u, E11.3513u, M25.13u
**Tech:** BM
**Assist:** JA

Signed_____

Electronically signed by Hajir Dadgostar, MD, PhD

*Specializing in Diabetic Retinopathy  |  Macular Degeneration  |  Retinal Detachment  |  Macular Surgery  |  Ophthalmic Oncology*

☐  16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436 • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐  2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐  23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐  2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653

*www.theretinapartners.com | info@theretinapartners.com*



THOMAS HANSCOM, M.D.
ROBERT E. ENGSTROM, JR., M.D.
HAJIR DADGOSTAR, M.D., Ph.D.
AMIR H. GUERAMI, M.D.
CHRISTIAN SANFILIPPO, M.D.
STAVROS MOYSIDIS, M.D.

| Name | Chart# | DOB | Refer Doctor |
|---|---|---|---|
| Mr. Hugo Mejia | 31203 | 8/20/1971 (50 Years) | Aung-Zaw Phoo, O.D. |

| Date | Location | PCP | Insurance |
|---|---|---|---|
| 10/6/2021 | Encino | Ali Mohamed, MD | BSAB BLUE SHIELD OF CA/ LUCENTIS CO-PAY ASSISTANCE |

**Reason For Visit:** Follow Up - Vitreous Hemorrhage OU. Proliferative Diabetic Retinopathy OU.

**HPI:** CC: Blurred Vision OS. Severity: mild OS. Location: entire field of vision OS. Course: stable per pt OS. Duration of Problem: since last visit. Associated Symptoms: floaters OS. Since Last Visit: no changes noted OS. Pertinent Negatives: No Flashes, Eye Pain, Shadow, Curtain, or Veil. Screening for COVID-19: No Close Contact to Anyone with Known COVID-19. Screening for COVID-19: No Close Contact w/ Anyone Exhibiting Symptoms: Fever,Cough,Sneezing/Runny Nose or Muscle/Joint Pain. Screening for COVID-19: No Cough. Screening for COVID-19: No Fever. Screening for COVID-19: No Muscle/Joint Pain. Screening for COVID-19: No Recent High Risk Travel. Screening for COVID-19: No Shortness of Breath/Difficulty Breathing. Screening for COVID-19: No Sneezing/Runny Nose. HPI obtained by Hajir Dadgostar, MD, PhD

**Secondary:** Diabetic Macular Edema OU. Diabetes, Type II with Ocular Complications. Nuclear Sclerosis OU.

**Specialty Meds (Initial):** None.

**Mental Status:** Alert and oriented x 3, appropriate mood/affect **Hx Source:** Patient LBS: 127 HA1c: 6.8

**PSFH/ROS Updated Date:** PSFH/ROS (Last Update: 10/6/21)

**Medical Hx:** Diabetes Type II. **Surgical Hx:** Noncontributory.

**Systemic Meds:** metformin. LIPITOR.

**Allergies:** NKDA.

**Family Hx:** Diabetes (Mother). Hypertension (Mother). **Social Hx:** Marital Status: Married. Smoking/Tobacco: Never Smoker. Alcohol: None. Substance Abuse: None. Occupation: IT Consultant. Fall Risk: No.

**ROS:** Ocular: See HPI. Allergy/Immunology: Negative. Cardiovascular: Negative. Constitutional: Negative. Endocrine: Diabetes Type II. Gastrointestinal: Negative. Genitourinary: Negative. Hematology/Oncology: Negative. HENT: Negative. Integumentary: Negative. Musculoskeletal: Negative. Neurologic: Negative. Psychiatric: Negative. Respiratory: Negative.

**VA** OD: Dcc20/30-1. PHNI.     **OS:** Dcc20/40-2. PHNI.

**IOP:** TP   **OD:** 14   **OS:** 16                                                                                    12:45 PM

**Dilation:**
  Location: OU. Tech: KE. Time: 12:45 PM. Drops: Tropicamide 1%; Phenylephrine 2.5%; Proparacaine 0.5%.

| External | Right Eye | Left Eye |
|---|---|---|
| • Pupils | Round. Sluggish. No RAPD. 4mm. | Round. Sluggish. No RAPD. 4mm. |
| • Adnexa | Normal Ocular Adnexa. | Normal Ocular Adnexa. |

| Anterior | Right Eye | Left Eye |
|---|---|---|
| • General | | |
| • L/C/S | White and Quiet. | White and Quiet. |
| • Cornea | Epithelium Intact. Clear Stroma. Clear Endothelium. | Epithelium Intact. Clear Stroma. Clear Endothelium. |
| • Anterior Chamber | Normal Depth. Quiet. | Normal Depth. Quiet. |
| • Iris | No Rubeosis. | No Rubeosis. |
| • Lens | Trace NS. | Trace NS. |

*Specializing in Diabetic Retinopathy | Macular Degeneration | Retinal Detachment | Macular Surgery | Ophthalmic Oncology*

☐ 16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436 • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐ 2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐ 23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐ 2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653

www.theretinapartners.com | info@theretinapartners.com

| Posterior | Right Eye | Left Eye |
|---|---|---|
| • General | | |
| • Nerve | No Disc Edema. No Disc Pallor. | No Disc Edema. No Disc Pallor. |
| • Vitreous | Mild Vitreous Hemorrhage (Inferior). | Improving Vitreous Hemorrhage. |
| • Retinal Vessels | Normal Caliber. Neovascularization Elsewhere (Nasal). | Avulsed Broken Retinal Vessel (Superotemporal). |
| • Macula | Scattered Dot/Blot Hemorrhages. Trace Lipid. Equivocal Macular Edema. | Grossly Flat Macula. |
| • Periphery | No Holes or Tears. Attached 360 Degrees. | No Holes or Tears. Attached 360 Degrees. |

**OCT Macula: Findings OD:** Equivocal Retinal Thickening Consistent with Macular Edema. No Evidence of Subretinal Fluid. **Findings OS:** Equivocal Retinal Thickening Consistent with Macular Edema. No Evidence of Subretinal Fluid.

**Imp/Plan:**
1. Vitreous Hemorrhage OU. Secondary to proliferative retinopathy. OS persistent dense VH but slowly improving. Patient instructed to sleep with head of bed elevated.
2. Proliferative Diabetic Retinopathy OU. Extensive peripheral retinal nonperfusion in both eyes with scattered multifocal neovascularization clinically and angiographically. Recommend anti-VEGF Rx OU.
3. Diabetic Macular Edema OU. Trace lipid/edema will also be addressed by anti-VEGF Rx. Edema improving; continuing anti-VEGF Rx for retinopathy and residual exudates. Recommended Lucentis 0.3 injection OU. Will begin extending injection intervals gradually; f/u 6-8 weeks.
4. Diabetes, Type II with Ocular Complications. Discussed with the patient the importance of good control of their blood sugar, blood pressure, cholesterol, diet, exercise, weight, and medication usage under the guidance of their diabetic doctor to prevent/halt diabetic retinopathy.
5. Nuclear Sclerosis OU. Minimal cataract; continue monitoring with Dr. Phoo.

**Other Discussion:** The absence of macula edema findings was communicated to provider. The level of diabetic retinopathy was communicated to provider.

**Procedure:** Lucentis 0.3mg PFS #9 OD. Diagnosis: Vitreous Hemorrhage. Anesthesia: Topical/Subconjunctival. Prep: Betadine Prep. Intravitreal injection of Lucentis 0.3mg/0.05 ml was given. Injection site: 3-4 mm from the limbus. Patient tolerated the procedure well. There were no complications. CF vision checked. Post procedure instructions given. Tracking # L3P-0001751..

**Procedure:** Lucentis 0.3mg PFS #9 OS. Diagnosis: Vitreous Hemorrhage. Anesthesia: Topical/Subconjunctival. Prep: Betadine Prep. Intravitreal injection of Lucentis 0.3mg/0.05 ml was given. Injection site: 3-4 mm from the limbus. Patient tolerated the procedure well. There were no complications. CF vision checked. Post procedure instructions given. Tracking # L3P-0001755..

**Specialty Meds (Final):** None.

**Follow Up:** Dr. Dadgostar 6-8 Weeks - Intermediate Exam; Macular OCT OU. Lucentis 0.3mg PFS OU.

**CPT Codes:** 92134. 67028B. LUC6PFSY.
**ICD-9 Codes:** 379.23u, 362.02u, 362.07u, 250.50, 366.16u.
**ICD-10 Codes:** H43.13u, E11.3513u, H25.13u
**Tech:** KE
**Assist:** JA

Signed: _____
Electronically signed by Hajir Dadgostar, MD, PhD

*Specializing in Diabetic Retinopathy  |  Macular Degeneration  |  Retinal Detachment  |  Macular Surgery  |  Ophthalmic Oncology*

☐  16500 Ventura Boulevard, Suite 250 • Encino, CA. 91436 • Tel: (818) 788-9333 • Fax: (818) 788-9273
☐  2021 Santa Monica Boulevard, Suite 720E • Santa Monica, CA. 90404 • Tel: (310) 829-3303 • Fax: (310) 829-3301
☐  23838 Valencia Boulevard, Suite 302 • Valencia, CA. 91355 • Tel: (661) 705-1075 • Fax: (661) 705-4697
☐  2080 Century Park East, Suite 707 • Los Angeles, CA. 90067 • Tel: (310) 746-4861 • Fax: (310) 746-4653

*www.theretinapartners.com | info@theretinapartners.com*

U.S. POSTAGE PAID
FCM LG ENV
SISTERS, OR
97759
AMOUNT
R2305M116299-07
92701

7019 0140 0001 1574 7146

Clerk of District Court
Courtroom 9B
411 West Fourth Street
Santa Ana, CA
92701-4516

Correctional Institution
Sheridan Satellite Camp
x 6000
an, OR 97378