UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACR 21-00008-CJC-1 |
| Date | September 13, 2022 |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Interpreter  N/A

| Rolls Royce Paschal | Not Reported | Jason Pang |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Hugo Sergio Mejia | Not | X | | Pro Se | Not | | X |

**PROCEEDINGS:**   (IN CHAMBERS) ORDER DENYING EMERGENCY HEARING [47]

Defendant Hugo Mejia brings a Motion to Modify Imposition of Sentence Under 18 U.S.C. §3582(c)(1)(A), (Dkt. 45), with a request to "grant an emergency hearing with shortened scheduling . . . given the progressive and dangerous nature of the medical condition," (Dkt. 47). Hearings are not required but rather a question of discretion.  *See* Fed. R. Crim. P. 57(b) ("A judge may regulate practice in any manner consistent with federal law, these rules, and the local rules of the district."); *United States v. Mannie*, 971 F.3d 1145, 1155 (10th Cir. 2020) ("[A]ll . . . circuits to address this issue have concluded that the 2018 [First Step Act] does not entitle a movant to a hearing.").   The Court concludes that a hearing is not warranted, so Mejia's request is **DENIED**.

_____ : _____

Initials of Deputy Clerk  rrp