STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JASON C. PANG (Cal. Bar No. 296043)
Assistant United States Attorney
International Narcotics,
 Money Laundering, & Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2652
     Facsimile: (213) 894-0141
     E-mail:    Jason.Pang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00008-CJC |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION TO SET BRIEFING SCHEDULE FOR MOTION FOR COMPASSIONATE RELEASE |
| v. | |
| HUGO SERGIO MEJIA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Jason C. Pang, hereby submits this ex parte application for a briefing schedule for defendant Hugo Sergio Mejia's Motion for Compassionate Release filed on September 9, 2022.

///

///

///

This ex parte application is based upon the attached the Declaration of Jason C. Pang, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: September 13, 2022            Respectfully submitted,

                                           STEPHANIE S. CHRISTENSEN
                                         Acting United States Attorney

                                           SCOTT M. GARRINGER
                                           Assistant United States Attorney
                                           Chief, Criminal Division

                                                /s/
                                           JASON C. PANG
                                           Assistant United States Attorney

                                           Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA

## DECLARATION OF JASON C. PANG

I, Jason C. Pang, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in this matter, which includes the filing of this ex parte application.

2. On September 9, 2022, defendant Hugo Sergio Mejia filed a motion for compassionate release claiming that "he has been unable to receive the medical care he needs" relating to his vision. (Dkt. 45.) Defendant did not propose a briefing schedule but, rather, sought an "emergency hearing" that the Court subsequently denied. (Dkt. 49.)

3. By this application, the government requests that the Court issue the following briefing schedule:

   a. The government must file its response to defendant's motion no later than October 14, 2022; and

   b. Defendant must file a reply, if any, no later than November 25, 2022.

4. Good cause exists for the proposed briefing schedule because I require adequate time to collect and review defendant's medical records from the Bureau of Prisons in order to effectively respond to the motion. In addition, I am currently preparing for a multi-week RICO trial in United v. Lerma, et al., CR 18-00172-GW, which is set for November 29, 2022.

5. I further propose providing defendant with six weeks to file a reply, if any, to accommodate the time necessary to provide defendant with the government's response via postal mail.

6. This application is not made for purposes of delay or tactical advantage, but instead to allow the government adequate time to respond to the motion and defendant adequate time to reply.

7. On September 13, 2022, Michael M. Crain, defendant's current counsel of record, informed the government that he does not represent defendant as to the pending motion for compassionate release. I did not seek the position of petitioner because he is incarcerated.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: September 13, 2022            /s/ Jason C. Pang
                                    JASON C. PANG
                                    Assistant United States Attorney