STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JASON C. PANG (Cal. Bar No. 296043)
Assistant United States Attorney
International Narcotics,
 Money Laundering, & Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2652
     Facsimile: (213) 894-0141
     E-mail:    Jason.Pang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00008-CJC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |
| v. | |
| HUGO SERGIO MEJIA, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's response to defendant Hugo Sergio Mejia's motion for compassionate release must be filed no later than October 14, 2022, and defendant's reply, if any, must be filed no later than November 25, 2022.  The matter will be deemed submitted on November 25, 2022.

///

///

///

IT IS SO ORDERED.

_____    _____
DATE                           HONORABLE CORMAC J. CARNEY
                               UNITED STATES DISTRICT JUDGE

Presented by:

      /s/
_____
JASON C. PANG
Assistant United States Attorney