UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SACR 21-00008-CJC |
|---|---|
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |
| v. | |
| HUGO SERGIO MEJIA, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's response to defendant Hugo Sergio Mejia's motion for compassionate release must be filed no later than October 14, 2022, and defendant's reply, if any, must be filed no later than November 25, 2022. The matter will be deemed submitted on November 25, 2022.

IT IS SO ORDERED.

September 14, 2022
DATE

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:

　/s/
JASON C. PANG
Assistant United States Attorney