1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00008-CJC |
|---|---|
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| HUGO SERGIO MEJIA. | |
| Defendant. | |

# CERTIFICATE OF SERVICE

I, **REGINA AUTREY**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **GOVERNMENT'S OPPOSITION AND RELATED DOCUMENTS**

☐ Placed in a closed envelope for collection and inter-office delivery addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

☐ By hand delivery addressed as follows:

☐ By facsimile as follows:

☐ By messenger as follows:

☐ By Federal Express as follows:

☐ By e-mail as follows:

Hugo Sergio Mejia
Register No. 46603-509
FCI Sheridan
Federal Correctional Institution
P.O. Box 5000
Sheridan, OR 97378

This Certificate is executed on **October 14, 2022**, Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Regina Autrey*
REGINA AUTREY
Legal Assistant

# CERTIFICATE OF SERVICE

I, _____ **REGINA AUTREY** _____, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **GOVERNMENT'S OPPOSITION AND RELATED DOCUMENTS**

☐ Placed in a closed envelope for collection and inter-office delivery addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

☐ By hand delivery addressed as follows:

☐ By facsimile as follows:

☐ By messenger as follows:

☐ By Federal Express as follows:

☐ By e-mail as follows:

**Hugo Sergio Mejia**
**Register No. 46603-509**
**FCI Sheridan**
**Federal Correctional Institution**
**Satellite Camp**
**P.O. Box 6000**
**Sheridan, OR 97378**

This Certificate is executed on **October 14, 2022**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

_____
REGINA AUTREY
Legal Assistant