UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 21-00008-CJC-1 |
| Date | October 20, 2022 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter   N/A

| Rolls Royce Paschal | Not Reported | Jason Pang |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Hugo Sergio Mejia | Not | X | | Pro Se | Not | | X |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DENYING EMERGENCY HEARING (Dkt. 45; Dkt. 48.)**

   Defendant Hugo Mejia brings a Motion to Modify Imposition of Sentence Under 18 U.S.C. §3582(c)(1)(A). (Dkt. 45; Dkt. 48.) At issue in the motion is Mejia's alleged inability to obtain care from an ophthalmologist for his retinopathy. On October 13, 2022, the government represented in its opposition that on April 18, 2022, "a BOP medical doctor requested an appointment with an offsite ophthalmogist [sic] for" Mejia and that the "appointment is targeted to be scheduled for later this month," i.e., October 2022. (Dkt. 56 at 6; *see also* Dkt. 57 [noting October 15, 2022, as a target date for an offsite ophthalmoloist appointment].) The Court hereby **ORDERS** the parties to submit a joint status update no later than **October 31, 2022**, on whether Mejia has attended an ophthalmologist appointment and any diagnosis, treatment, or other information concerning Mejia's eye condition arising out of or related to that appointment.

_____ : _____

Initials of Deputy Clerk   rrp