1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 21-00008-CJC |
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| HUGO SERGIO MEJIA. | |
| Defendant. | |

E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JASON C. PANG (Cal. Bar No. 296043)
Assistant United States Attorney
International Narcotics, Money
Laundering & Racketeering Section
       1400 United States Courthouse
       312 North Spring Street
       Los Angeles, California 90012
       Telephone: (213) 894-2690/2652
       Facsimile: (213) 894-0142
       E-mail:   jason.pang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

OCT 20, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rrp _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00008-CJC |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION TO CONTINUE DEADLINE FOR STATUS UPDATE TO NOVEMBER 11, 2022 AND ORDER SEALING DOCUMENTS; DECLARATION OF JASON C. PANG |
| v. | |
| HUGO SERGIO MEJIA, | |
| Defendant. | **[UNDER SEAL]** |

     The government hereby applies ex parte to continue the deadline

to file a status update to the Court to November 11, 2022, and for an

order directing that this ex parte application be filed under seal.

/ / /

/ / /

/ / /

1    This ex parte application is based upon the attached memorandum

2  of points and authorities, the files and records in this case, and

3  such further evidence and argument as the Court may permit.

4   Dated: October 20, 2022          Respectfully submitted,

5                                    E. MARTIN ESTRADA
                                     United States Attorney
6
                                     SCOTT M. GARRINGER
7                                    Assistant United States Attorney
                                     Chief, Criminal Division
8

9                                    _____/s/_____
                                     JASON C. PANG
10                                   Assistant United States Attorney

11                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    INTRODUCTION**

First, the government requests that the Court continue the deadline to submit a status update regarding defendant's ophthalmologist appointment to November 11, 2022.  As discussed in the attached declaration, the BOP has worked with an outside ophthalmologist to schedule an appointment for defendant for November 8, 2022.

Second, the government seeks leave to file this ex parte application under seal.  This ex parte and the declaration address defendant's sensitive medical records and health conditions.  In addition, this ex parte and the declaration discuss transporting a defendant from a BOP facility to an outside medical provider, and BOP has requested that information regarding external transportation of prisoners be filed under seal for the protection of the prisoner, BOP transporting staff, and the outside medical provider.

Should the court deny this application, the government requests that this application not be filed, but be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

<u>DECLARATION OF JASON C. PANG</u>

1.   I am an Assistant United States Attorney assigned to this matter.

2.   The government requests leave to file its ex parte application under seal because it discloses defendant's sensitive health conditions.

3.   On October 20, 2022, I spoke with BOP Attorney Advisor Elizabeth Berecin.  Ms. Berecin informed me that BOP has coordinated with an outside ophthalmologist to schedule an appointment for defendant for November 8, 2022.  Ms. Berecin has also requested that the government file this information with the Court under seal as the public disclosure of BOP's transportation of a prisoner to an offsite location for medical treatment would result in safety risks.

4.   I have not obtained defendant's position as to this application because he is proceeding pro se in filing his motion and in custody.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on October 20, 2022.


                                          /s/ Jason C. Pang
                                    JASON C. PANG

2

**CERTIFICATE OF SERVICE**

I, **T. Montes**, declare:

That I am a citizen of the United States and a resident of or

employed in Los Angeles County, California; that my business address

is the Office of United States Attorney, 312 North Spring Street,

Los Angeles, California 90012; that I am over the age of 18; and

that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the

Central District of California, who is a member of the Bar of the

United States District Court for the Central District of California,

at whose direction I served a copy of:

**GOVERNMENT'S EX PARTE APPLICATION TO CONTINUE DEADLINE FOR STATUS UPDATE TO NOVEMBER 11, 2022 AND ORDER SEALING DOCUMENTS; DECLARATION OF JASON C. PANG [UNDER SEAL]; ORDER SEALING DOCUMENT [UNDER SEAL]**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

Hugo Sergio Mejia, Register Number: 46603-509
FCI SHERIDAN
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
SHERIDAN, OR  97378
**AND**
Hugo Sergio Mejia, Register Number: 46603-509
FCI SHERIDAN
FEDERAL CORRECTIONAL INSTITUTION
SATELLITE CAMP
P.O. BOX 6000
SHERIDAN, OR  97378

☐ By hand delivery, addressed as follows:

☐ By email, as follows:

1

☐ By messenger, as follows:     ☐ By Federal Express, as
follows:

2

3     This Certificate is executed on October 25, 2022, at Los

4 Angeles, California.  I certify under penalty of perjury that the

5 foregoing is true and correct.

/s/

6     **T. Montes**
Legal Assistant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,            No. CR 21-00008-CJC

11          Plaintiff,                    ORDER SEALING DOCUMENT

12              v.                        **[UNDER SEAL]**

13   HUGO SERGIO MEJIA,

14          Defendant.

15   For good cause shown, IT IS HEREBY ORDERED THAT:

16       The government's <u>ex parte</u> application for sealed filing is

17   GRANTED.  The Government's <u>ex parte</u> application for leave to file

18   under seal shall both be filed under seal.

19

20

21   October 20, 2022

22   _____         _____
     DATE                                     HON. CORMAC J. CARNEY
23                                            UNITED STATES DISTRICT JUDGE

24

25

26

27

28

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED.  The sealing application will be filed under seal.  The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____          _____
DATE                                     HON. CORMAC J. CARNEY
                                         UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I, **T. Montes**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S EX PARTE APPLICATION TO CONTINUE DEADLINE FOR STATUS UPDATE TO NOVEMBER 11, 2022 AND ORDER SEALING DOCUMENTS; DECLARATION OF JASON C. PANG [UNDER SEAL]; ORDER SEALING DOCUMENT [UNDER SEAL]**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

Hugo Sergio Mejia, Register Number: 46603-509
FCI SHERIDAN
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
SHERIDAN, OR  97378
**AND**
Hugo Sergio Mejia, Register Number: 46603-509
FCI SHERIDAN
FEDERAL CORRECTIONAL INSTITUTION
SATELLITE CAMP
P.O. BOX 6000
SHERIDAN, OR  97378

☐ By hand delivery, addressed as follows:

☐ By email, as follows:

☐ By messenger, as follows:     ☐ By Federal Express, as
                                   follows:

    This Certificate is executed on October 25, 2022, at Los

Angeles, California.  I certify under penalty of perjury that the

foregoing is true and correct.

/s/

**T. Montes**
Legal Assistant

2