E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JASON C. PANG (Cal. Bar No. 296043)
Assistant United States Attorney
International Narcotics, Money
Laundering & Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2690/2652
     Facsimile: (213) 894-0142
     E-mail:    jason.pang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-00008-CJC |
|---|---|
| Plaintiff, | GOVERNMENT'S STATUS UPDATE |
| v. | |
| HUGO SERGIO MEJIA, | |
| Defendant. | |

**MEMORANDUM OF POINTS AND AUTHORITIES**

On October 20, 2022, the Court ordered the parties to file a joint status update on defendant's scheduled "ophthalmologist appointment and any diagnosis, treatment, or other information concerning Mejia's eye condition arising out of or related to that appointment." (Dkt. 59.)

The government provided an update in an ex parte application to the Court regarding defendant's scheduled ophthalmologist appointment under seal, and the Court granted the government's request to file ex parte application under seal. (Dkt. 61, 62.) As explained in the government's ex parte application, the government will provide a further update to the Court on November 11, 2022.

The government has not obtained defendant's position as to this status update because, according to his counsel of record, defendant is proceeding pro se in filing his motion, and is in custody.